UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:13-cr-60267

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ANDRE SAINT CYR**,

    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned, Fernando L. Tamayo, as counsel for Defendant Andre Saint Cyr ("Defendant") in the above-referenced matter. All future pleadings, correspondence, etc., should be directed to the undersigned as counsel for Defendant.

Date: January 22, 2026

    Respectfully submitted,

By: */s/ Fernando L. Tamayo*
Fernando L. Tamayo
Florida Bar No.: 28530
ftamayo@vedderprice.com

**VEDDER PRICE (FL), LLP**
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone:    +1 (786) 741 3200
Facsimile:    +1 (786) 741 3202

*Counsel for Defendant, Andre Saint Cyr*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice in this case on this 22nd day of January, 2026.

By: /s/ *Fernando L. Tamayo*
Fernando L. Tamayo