**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:13-cr-60267**

**UNITED STATES OF AMERICA**,

          Plaintiff,

    v.

**ANDRE SAINT CYR**,

          Defendant.

---

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brittany K. Barnett of the law firm of Law Office of Brittany K. Barnett located at 2626 Cole Avenue, Suite 300, Dallas, Texas 75204, office number (214) 473-4335, for purposes of appearance as co-counsel on behalf of Andre Saint Cyr in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brittany K. Barnett to receive electronic filings in this case, and in support thereof states as follows:

1.      Brittany K. Barnett is not admitted to practice in the Southern District of Florida and is a member in good standing of the Texas Bar and the Northern District of Texas.

2.      Movant, Fernando L. Tamayo, Esquire, of the law firm of Vedder Price, P.C. located at 600 Brickell Avenue, Suite 1500, Miami, FL 33131, office number (786) 741-3260, is a member in good standing of the Florida Bar and the United States District Court for the Southern

District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.     In accordance with the local rules of this Court, Brittany K. Barnett has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.     Brittany K. Barnett, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brittany K. Barnett at email address: brittany@bkbarnettlaw.com.

WHEREFORE, Fernando L. Tamayo, moves this Court to enter an Order Brittany K. Barnett, to appear before this Court on behalf of Andre Saint Cyr, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brittany K. Barnett.

[*Remainder of page intentionally left blank; signature and certificate to follow.*]

Date: January 22, 2026

Respectfully submitted,

By: */s/ Fernando L. Tamayo*
    Fernando L. Tamayo
    Florida Bar No.: 28530
    ftamayo@vedderprice.com

**VEDDER PRICE (FL), LLP**
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone:    +1 (786) 741 3200
Facsimile:    +1 (786) 741 3202

*Counsel for Defendant, Andre Saint Cyr*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record and that a copy was emailed to Brittany K. Barnett, Esq. at brittany@bkbarnettlaw.com.

By: */s/ Fernando L. Tamayo*
    Fernando L. Tamayo