UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:13-cr-60267

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**ANDRE SAINT CYR**,

      Defendant.

## CERTIFICATION OF BRITTANY K. BARNETT

Brittany K. Barnett, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Texas Bar and United States District Court for the Northern District of Texas; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                    */s/ Brittany K. Barnett*

Brittany K. Barnett, Esq.
Texas Bar No. 24078196
Email:  brittany@bkbarnettlaw.com
LAW OFFICE OF BRITTANY K. BARNETT
2626 Cole Avenue, Suite 300
Dallas, Texas 75203
Telephone: (214) 473-4335
Fax: (214) 473-4335