UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60267-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

ANDRE SAINT CYR,

    Defendant.
_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 399] ("Motion"), filed on January 22, 2026. The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that the Motion [DE 399] is **GRANTED**. Brittany K. Barnett may appear as co-counsel on behalf on behalf of Andre Saint Cyr in the above-styled case only. The Clerk shall provide electronic notification of all electronic filings to Brittany K. Barnett at brittany@bkbarnettlaw.com.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial.  Failure to abide by any Court order <u>or</u> failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status.  Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of January, 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record