UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 0:13-cr-60267 |
| § | |
| ANDRE SAINT CYR § | |

## MOTION BY DEFENDANT FOR LEAVE TO FILE MEMORANDUM EXCEEDING PAGE LIMITATION

Pursuant to Local Rule of Criminal Procedure 7.1(c)(2), Defendant Andre Saint Cyr, respectfully moves the Court for leave to file a memorandum of law in support of our compassionate release motion to be filed pursuant to 18 U.S.C. § 3582(c)(1)(A) that exceeds the twenty (20) page limit. It is anticipated that our memorandum of law will exceed the limitation by approximately ten (10) pages, for a total of thirty (30) pages.

As grounds, Defendant states as follows:

1. The memorandum presents complex legal and factual issues, including evolving guidance under U.S.S.G. § 1B1.13, recent amendments to the Sentencing Guidelines, and an extensive record concerning Mr. Saint Cyr's personal history, rehabilitation, and post-sentencing developments.

2. Additional pages are necessary to thoroughly address the relevant legal standards, provide a full account of Mr. Saint Cyr's rehabilitation over his nearly 12 years of incarceration, evolving judicial consensus rejecting the now defunct tactic of reverse stash house stings, and to support the extraordinary and compelling reasons justifying a sentence reduction.

1

3. Undersigned counsel recognizes that the Court is very familiar with Mr. Saint Cyr's case. However, Mr. Saint Cyr has not been represented by counsel in any post-conviction filings for more than seven years, and the instant motion is the first counseled compassionate-release motion presented to the Court.

4. While undersigned counsel has taken every effort to present the memorandum as concisely as possible, a complete and thorough presentation of the legal and factual grounds supporting Mr. Saint Cyr's sentence reduction requires the full thirty (30) pages.

5. Undersigned counsel conferred with Assistant United States Attorney, Alicia Shick, and the government opposes this request.

For the foregoing reasons, Defendant respectfully moves to exceed the twenty (20) page limit established by the Local Rule by ten (10) pages.

Respectfully submitted,

s/ *Fernando L. Tamayo*
Fernando L. Tamayo
Florida Bar No. 28530
Vedder Price (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
p. 786-741-3200
ftamayo@vedderprice.com

s/ *Brittany K. Barnett*
Brittany K. Barnett *(admitted pro hac vice)*
Texas Bar No. 24078196
Law Office of Brittany K. Barnett
2626 Cole Avenue, Suite 300
Dallas, Texas 75204
p. 214-473-4335
brittany@bkbarnettlaw.com

*Attorneys for Defendant Andre Saint Cyr*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished electronically using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 27th day of January, 2026.

/s/  *Fernando L. Tamayo*
Fernando L. Tamayo