UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 0:13-cr-60267 |
| ANDRE SAINT CYR | § § | |

**ORDER GRANTING DEFENDANT'S MOTION TO FILE MEMORANDUM EXCEEDING PAGE LIMITATION PURSUANT TO LOCAL RULE 7.1(c)(2)**

**THIS CAUSE** comes before the Court upon the Defendant's Motion to File Memorandum Exceeding Page Limitation Pursuant to Local Rule 7.1(c)(2). Doc. No. 401. The Court has considered the motion and the record. It is thereupon

**ORDERED** that the Defendant's motion is **GRANTED**.

**DONE AND ORDERED** in Chambers at ~~Miami~~, Florida, this 28 day of January, 2026.

United States District Judge

Copies furnished to: All Counsel of Record