# Exhibit 1

Request to Warden



Brittany K. Barnett <brittany@bkbarnettlaw.com>

---

## Compassionate Release Request (Andre Saint Cyr #04179-104)
1 message

---

**Brittany K. Barnett** <brittany@bkbarnettlaw.com>  Tue, Nov 18, 2025 at 8:00 AM
To: ATL-ExecAssistant-S@bop.gov

Dear Warden,

I am an attorney licensed to practice law in the states of Texas, New York, and various federal districts. I represent Andre Saint Cyr (Register #04179-104) - a man incarcerated at FCI Atlanta.

On behalf of Mr. Saint Cyr, I am submitting the attached compassionate release request pursuant to 18 U.S.C. § 3582(c)(1)(A), in light of the recently amended implementing guideline USSG § 1B1.13, effective November 1, 2023, as well as BOP Program Statement 5050.50, Compassionate Release/Reduction in Sentence (CR/RIS).

Thank you in advance for your consideration of the attached request.

Please confirm receipt of this email. A copy of the attached will also be mailed to your attention.

Respectfully,
Brittany K. Barnett

**Brittany K. Barnett,** Managing Attorney (bio)



www.bkbarnettlaw.com | office 214.473.4335 | cell 917.245.9448
2626 Cole Avenue, Suite 300 | Dallas, Texas 75204
****************
CONFIDENTIALITY NOTE: This e-mail and any attachments are intended only for the use of the intended recipient and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. If you have received this e-mail in error, please notify us immediately by replying to this email and delete the original message.

---

📄 **2025 Andre Saint Cyr Request for Compassionate Release.pdf**
172K



2626 Cole Avenue, Suite 300
Dallas, Texas 75204
www.bkbarnettlaw.com
214.473.4335

*Sent via USPS and via email*

November 17, 2025

FCI Atlanta
Attention: Warden
601 McDonough Blvd. SE
Atlanta, GA 30315

  Re: Andre Saint Cyr # 04179-104
     Request for Reduction in Sentence

Dear Warden:

I am an attorney representing Mr. Saint Cyr and am submitting this formal request on his behalf for your consideration for compassionate release (or reduction in sentence) under 18 U.S.C. § 3582(c)(1)(A), in light of the recently amended implementing guideline, U.S.S.G. § 1B1.13 effective November 1, 2023, as well as BOP Program Statement 5050.50.

Mr. Saint Cyr presents extraordinary and compelling reasons for a reduction in sentence under the "other reasons" catchall provision of the sentencing guidelines. *See* U.S.S.G. § 1B1.13(b)(5). These reasons include the true nature of the offense, federal judiciary's well-documented skepticism towards government-manufactured criminal scenarios such as reverse stash-house operations, and significant sentencing disparities among similarly-situated defendants.

In addition, Mr. Saint Cyr's sustained commitment to rehabilitation is another extraordinary and compelling reason for his release. Throughout his time in prison, he has dedicated himself to growth and self-improvement. He has also maintained strong ties with his family, who have been a constant source of support and motivation for him.

Mr. Saint Cyr requests BOP to acknowledge these extraordinary and compelling circumstances and approve his request. Mr. Saint Cyr, who has zero criminal history points and is in criminal history category I, does not pose any threat to public safety, and he is positioned to re-enter society as a productive citizen.

If released, Mr. Saint Cyr will return to family in Haiti who will embrace and care for him. He has job offers for employment with a support network who is standing by ready to give him the spiritual, emotional, and financial support he will need upon his release to successfully re-integrate into society.

Thank you very much for your consideration of this request.

Sincerely,

*Brittany K. Barnett*

Brittany K. Barnett, Esq.
Managing Attorney

cc:     Mr. Andre Saint Cyr

2