**Exhibit 2**

BOP Records



## Summary Reentry Plan - Progress Report

**Dept. of Justice / Federal Bureau of Prisons**

Other - Attorney Request Report for inmate: SAINT CYR, ANDRE   04179-104

**SEQUENCE: 00558561**

**Report Date: 10-17-2025**



| | |
|---|---|
| Facility: | ATL ATLANTA FCI |
| Name: | SAINT CYR, ANDRE |
| Register No.: | **04179-104** |
| Quarters: | A03-317L |
| Age: | 41 |
| Date of Birth: | 06-05-1984 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | LOW |
| Proj. Rel Date: | 07-02-2031 |
| Release Method: | GOOD |
| DNA Status: | MIM12569 / 06-05-2014 |

---

### Offenses and Sentences Imposed

| Charge | Terms In Effect | Terms of Supervision |
|---|---|---|
| 18:1951 CONSP TO COMMIT A HOBBS ACT ROB(CT1) 21:846 CPWITD 5KG OR MORE OF COC(CT2) 21:846 ATT TO POSSESS > 500G BUT < 5KG OF COC(CT3) 18:924(O) CONSP TO USE,CARRY&POSSESS A F/A DURING THE COMMISSION OF A CRIME OF VIOL&DRUG TRAFFICKING CRIME(CT4) 26:5861(D) POSSESSION OF AN UNREGISTERED F/A(SILENCER)(CT7) | 188 MONTHS | 5 YEARS |
| 18:924(C) USE,CARRY & POSSESS A FIREARM DURING THE COMMISSION OF A CRIME(CT5) 18:924(C) USE,CARRY & POSSESS A FIREARM DURING THE COMMISSION OF A DRUG TRAFFICKING | 60 MONTHS | 5 YEARS |

Date Sentence Computation Began: 05-29-2014

Sentencing District: FLORIDA, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /     0 /     41 | 607 | Years: 12 Months: 0 Days: 9 | + 231     JC  - 0      InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | POSSIBLE DEPORTATION OR REMOVAL A046672557 |

### Pending Charges

-DUI, Refused test

### Program Plans

At his initial classification he was recommended to obtain or provide Education with his education documents. He was encouraged to satisfy his court imposed financial obligations through participation in the Inmate Financial Responsibility Program and maintain clear conduct. It was recommended he complete all six core topics of the RPP program prior to RRC placement and to save 25% of all funds for release.

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 04-10-2025 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 10-08-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-08-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 10-08-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 09-01-2021 |
| N-EDUC N | NEED - EDUCATION NO | 10-08-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 10-08-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 10-08-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-08-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 10-08-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 10-08-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 10-08-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-08-2025 |
| N-WORK Y | NEED - WORK YES | 10-08-2025 |
| PREF HOUSE | EBRR INCENTIVE PREFER HOUSING | 10-08-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 10-08-2025 |

### FSA Comments

---



## Summary Reentry Plan - Progress Report
**Dept. of Justice / Federal Bureau of Prisons**
Other - Attorney Request Report for inmate: SAINT CYR, ANDRE   04179-104

**SEQUENCE: 00558561**
**Report Date: 10-17-2025**

FTC INELIG

### Current Work Assignments

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| ATL | A-2 ORD | A-2 ORDERLY | 08-26-2025 |

### Work Assignment Summary

He has earned average or above average work evaluations. He intends to seek employment upon release where he can utilize the skills he learned while incarcerated. He was instructed to draft a resume to help reintegrate him return to society.
He is the inmate supervisor foreman for A2 orderly detail.

### Current Education Information

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| ATL | ESL HAS | ENGLISH PROFICIENT | 12-20-2014 |
| ATL | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-06-2015 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| ATL | C | FINANCIAL PEACE | 01-27-2025 | 02-17-2025 |
| ATL | C | JOB FAIR INFORMATION | 08-26-2024 | 09-25-2024 |
| ATL | C | DCU JOB PLACEMENT | 01-03-2023 | 01-24-2023 |
| ATL | C | DENTENTION CENTER ANGMGT CLS | 01-03-2023 | 01-24-2023 |
| ATL | C | DENTENTION CENTER PARENTING CL | 01-03-2023 | 01-24-2023 |
| ATL | C | DCU MONEY MANAGEMENT | 01-03-2023 | 01-24-2023 |
| MCA | W | MASONRY CORE 1-PD/0755-0945 | 04-05-2022 | 04-18-2022 |
| FTD GP | C | SPANISH II - EAST | 10-23-2019 | 02-11-2020 |
| MCK | C | RPP(6) GET SMART 1 | 10-12-2018 | 11-02-2018 |
| MCK | C | CULINARY MATH | 02-27-2018 | 05-15-2018 |
| MCK | C | LEATHER SAT. SUN. 7:30-9:30 | 03-03-2018 | 04-16-2018 |
| MCK | C | RPP(3) AVOIDMONEYTRAP | 06-30-2017 | 06-30-2017 |
| MCK | C | RPP(3) IRS-TAX CLASS-QTR.-1HR. | 06-30-2017 | 06-30-2017 |
| YAZ | C | RPP1 AIDS AWARENESS | 05-05-2016 | 05-05-2016 |
| MEN | C | MONEY SMART 2 | 07-08-2015 | 07-29-2015 |
| MEN | C | ALTERNATIVES TO VIOLENCE | 06-09-2015 | 07-29-2015 |
| MEN | C | ACE CDL ENGLISH | 10-14-2014 | 11-12-2014 |
| MEN | C | RPP DRUG EDUCATION (C6) | 09-24-2014 | 10-09-2014 |

### Education Information Summary

He has completed the required education level of obtaining his GED/High School Diploma and is currently taking other regular classes and classes with the University of West Georgia to better himself while incarcerated. When not taking classes he helps the education department as a inmate peer tutor. He is also on the waiting list for HVAC, Culinary Arts

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 09-14-2020 | 312 : BEING INSOLENT TO STAFF MEMBER |
| 02-14-2020 | 326 : POSSESSING GAMBL PARAPHERNALIA |
| 11-26-2019 | 108 : POSSESSING A HAZARDOUS TOOL |
| 09-13-2017 | 328 : GIVING/ACCEPTNG MONEY W/O AUTH |
| 09-11-2017 | 328 : GIVING/ACCEPTNG MONEY W/O AUTH |
| 03-02-2017 | 328 : GIVING/ACCEPTNG MONEY W/O AUTH |
| 05-19-2016 | 307 : REFUSING TO OBEY AN ORDER |

### Discipline Summary

His interaction with staff and inmates is appropriate. He has maintain clear conduct since 2020.

### ARS Assignments



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Other - Attorney Request Report for inmate: SAINT CYR, ANDRE   04179-104

SEQUENCE: 00558561
Report Date: 10-17-2025

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| ATL | A-DES | OTHER AUTH ABSENCE RETURN | 10-23-2024 | CURRENT |
| ATL | A-DES | OTHER AUTH ABSENCE RETURN | 06-04-2024 | 10-23-2024 |
| ATL | A-DES | TRANSFER RECEIVED | 10-26-2022 | 06-04-2024 |
| MCA | A-DES | OTHER AUTH ABSENCE RETURN | 08-03-2021 | 10-26-2022 |
| MCA | A-DES | TRANSFER RECEIVED | 10-09-2020 | 08-02-2021 |
| NLK | A-DES | TRANSFER RECEIVED | 02-21-2020 | 09-28-2020 |
| FTD GP | A-DES | TRANSFER RECEIVED | 07-02-2019 | 02-21-2020 |
| MCK | A-DES | TRANSFER RECEIVED | 04-13-2017 | 06-06-2019 |
| YAZ | A-DES | TRANSFER RECEIVED | 03-15-2017 | 03-15-2017 |
| YAZ | A-DES | TRANSFER RECEIVED | 04-26-2016 | 01-13-2017 |
| MEN | A-DES | US DISTRICT COURT COMMITMENT | 08-05-2014 | 03-16-2016 |

## Current Care Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-09-2014 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-08-2014 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| HSD1 | HSD REVIEW STATUS GROUP | 04-01-2024 |
| NO PAPER | NO PAPER MEDICAL RECORD | 10-09-2020 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 11-03-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-03-2022 |

## Current PTP Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|

NO ASSIGNMENTS

## Current Drug Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 01-04-2024 |
| ED COMP | DRUG EDUCATION COMPLETE | 10-09-2014 |
| NR DIS | NRES DRUG TMT/DISCONTINUED | 08-07-2015 |

## Physical and Mental Health Summary

He participates in the Psychology Services Suicide Watch Companion Program. He is currently on the waiting list for Psychology Cognitive Thinking and Cognition Class.

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **NO OBLG** **FINANC RESP-NO** **Start: 08-30-2019**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**
Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $600.00 | $225.00 | IMMEDIATE | EXPIRED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## Financial Responsibility Summary

No FRP obligation. The limitation for him to pay his original court order obligation has expired.

## Release Planning

Will reside with family members upon release. His residence plan has been submitted for approval to his releasing supervising district.

## General Comments



## Summary Reentry Plan - Progress Report

**Dept. of Justice / Federal Bureau of Prisons**

Other - Attorney Request Report for inmate: SAINT CYR, ANDRE  04179-104

SEQUENCE: 00558561

Report Date: 10-17-2025

He has been individually assessed for his appropriateness and for up to 12 months RRC placement under the Second Chance Act using the five factor review from 18 U.S.C  3621(b).



## Summary Reentry Plan - Progress Report

**SEQUENCE: 00558561**

Dept. of Justice / Federal Bureau of Prisons

**Report Date: 10-17-2025**

Other - Attorney Request Report for inmate: SAINT CYR, ANDRE   04179-104

|  |  |
|---|---|
| Name: | SAINT CYR, ANDRE |
| Register Num: | **04179-104** |
| Age: | 41 |
| Date of Birth: | 06-05-1984 |
| DNA Status: | MIM12569 / 06-05-2014 |

---

Inmate    (SAINT CYR, ANDRE, Register Num: 04179-104)

---

Date

---

Chairperson

---

Case Manager

---

Date

---

Date



## Summary Reentry Plan - Progress Report

**Dept. of Justice / Federal Bureau of Prisons**

Other - Attorney Request Report for inmate: SAINT CYR, ANDRE   04179-104

SEQUENCE: 00558561

**Report Date: 10-17-2025**

Name: SAINT CYR, ANDRE
Register Num: **04179-104**
Age: 41
Date of Birth: 06-05-1984
DNA Status: MIM12569 / 06-05-2014

Inmate   (SAINT CYR, ANDRE, Register Num: 04179-104)

10-17-25

Date

Chairperson

10-17 .25

Date

Case Manager

10-17.25

Date

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)** 7

Register Number:04179-104, Last Name:SAINT CYR

## U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number: 04179-104 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-MIN (3) |
|   Last.........: SAINT CYR |   Violent Level......: R-LW (10) |
|   First........: ANDRE | Security Level Inmate: LOW |
|   Middle.......: | Security Level Facl..: LOW |
|   Suffix.......: | Responsible Facility.: ATL |
| Gender.........: MALE | Start Incarceration..: 05/29/2014 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 12

General Score: -12, Violent Score: -4

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | ED COMP | 10/09/2014 14:15 | |
| EDC | BASICMATH | 07/01/2014 09:20 | 07/01/2014 09:20 |
| EDC | CDLM ENG | 10/14/2014 09:02 | 10/14/2014 09:02 |
| EDC | ALTVIOL-F | 06/09/2015 08:56 | 06/09/2015 08:56 |
| EDC | MONEYST2-F | 07/08/2015 09:01 | 07/08/2015 09:01 |
| EDC | FCICULMATH | 02/27/2018 00:01 | 02/27/2018 00:01 |
| EDC | E SPANISH2 | 10/23/2019 08:00 | 10/23/2019 08:00 |
| EDC | DCU-ANGMGT | 01/03/2023 00:01 | 01/03/2023 00:01 |
| EDC | DCU-PARENT | 01/03/2023 00:01 | 01/03/2023 00:01 |
| EDC | DCUJOBPLAC | 01/03/2023 00:01 | 01/03/2023 00:01 |
| EDC | DCUMONMGT | 01/03/2023 00:01 | 01/03/2023 00:01 |
| EDC | FIN PEACE | 01/27/2025 03:01 | 01/27/2025 03:01 |

Item: Work Programs, Value: 0

General Score: 0, Violent Score: 0

Risk Item Data

  No Data

**FSA Time Credit Assessment**

8

Register Number:04179-104, Last Name:SAINT CYR

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 04179-104 | Responsible Facility: ATL |
| Inmate Name | Assessment Date.....: 10-25-2025 |
|   Last.............: SAINT CYR | Period Start/Stop...: 12-21-2018 to 10-25-2025 |
|   First............: ANDRE | Accrued Pgm Days....: 0 |
|   Middle...........: | Disallowed Pgm Days.: 0 |
|   Suffix...........: | FTC Towards RRC/HC..: 0 |
| Gender............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 05-29-2014 | Apply FTC to Release: No |

--- FTC Claim Status -------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 10-25-2025 | ineligible | 0 |

  **FSA Ineligible.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| ATL | FSA | FTC INELIG | 04-10-2025 13:52 | CURRENT |
| ATL | FSA | INELIG AUT | 12-17-2019 16:25 | CURRENT |

--- FSA Assessment(s) ------------------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | R-LW | 04-28-2021 18:55 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | R-LW | 04-28-2021 18:55 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | R-LW | 04-28-2021 18:55 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | R-LW | 04-28-2021 18:55 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | R-LW | 04-28-2021 18:55 | 15 |
| 006 | 01-07-2021 | 07-06-2021 | R-LW | 04-28-2021 18:55 | 15 |
| 007 | 07-06-2021 | 01-02-2022 | R-LW | 04-28-2021 18:55 | 15 |
| 008 | 01-02-2022 | 07-01-2022 | R-LW | 04-28-2021 18:55 | 15 |
| 009 | 07-01-2022 | 12-28-2022 | R-LW | 04-28-2021 18:55 | 15 |
| 010 | 12-28-2022 | 06-26-2023 | R-LW | 04-28-2021 18:55 | 15 |
| 011 | 06-26-2023 | 12-23-2023 | R-LW | 05-05-2023 11:42 | 15 |
| 012 | 12-23-2023 | 06-20-2024 | R-LW | 10-04-2023 22:19 | 15 |
| 013 | 06-20-2024 | 12-17-2024 | R-LW | 04-24-2024 14:22 | 15 |
| 014 | 12-17-2024 | 06-15-2025 | R-LW | 10-16-2024 16:31 | 15 |
| 015 | 06-15-2025 | 12-12-2025 | R-LW | 04-08-2025 15:02 | 15 |

bop foia 2026-00098 2 of 21

**FSA Time Credit Assessment**

Register Number:04179-104, Last Name:SAINT CYR

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
 All conditional days and conditional dates below are the individual's best case scenario
 given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
 10-25-2025. These dates can change if there are changes to one or more of the following: the
 individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

 SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
 OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
 REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
 ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
 FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
 CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
 (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
 WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
 (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
 Projected Release Date: 07-02-2031
 Projected Release Method: GCT REL
 FSA Projected Release Date: N/A
 FSA Projected Release Method: N/A
 FSA Conditional Release Date: N/A
 SCA Recommended Placement Days (Following 5 Factor Review): N/A
 SCA Recommended Placement Date: N/A
 SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): N/A
 FSA Conditional Placement Days: N/A
 FSA Conditional Placement Date: N/A
 Conditional Transition To Community Date: N/A
 Max. Statutory HC Placement Date (if approp.): N/A
 Recommended HC Placement Date (if approp.): N/A
--- SCA Ineligible -----------------------------------------------------------------------------
--- Detainers
 Id  Lodged      Org Authority
 001 09-12-2014  ICE ICE

```
 WXRBT          *          INMATE EDUCATION DATA          *    11-24-2025
PAGE 001 OF 001 *                TRANSCRIPT               *    08:12:27


REGISTER NO: 04179-104     NAME..: SAINT CYR                   FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: ATL-ATLANTA FCI


--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
ATL  ESL HAS   ENGLISH PROFICIENT            12-20-2014 1018 CURRENT
ATL  GED HAS   COMPLETED GED OR HS DIPLOMA   08-06-2015 1141 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                     START DATE  STOP DATE EVNT AC LV  HRS
ATL        S-SERVSAVE FOOD HAND CERT       11-12-2025 11-14-2025  P  C  P    12
ATL        FINANCIAL PEACE                 01-27-2025 02-17-2025  P  C  P     8
ATL        JOB FAIR INFORMATION            08-26-2024 09-25-2024  P  C  P    10
ATL        DCU JOB PLACEMENT               01-03-2023 01-24-2023  P  C  P    10
ATL        DENTENTION CENTER ANGMGT CLS    01-03-2023 01-24-2023  P  C  P    10
ATL        DENTENTION CENTER PARENTING CL  01-03-2023 01-24-2023  P  C  P    10
ATL        DCU MONEY MANAGEMENT            01-03-2023 01-24-2023  P  C  P    10
MCA        MASONRY CORE 1-PD/0755-0945     04-05-2022 04-18-2022  P  W  V    20
FTD GP     SPANISH II - EAST               10-23-2019 02-11-2020  P  C  P    24
MCK        RPP(6) GET SMART 1              10-12-2018 11-02-2018  P  C  P     8
MCK        CULINARY MATH                   02-27-2018 05-15-2018  P  C  P    32
MCK        LEATHER SAT. SUN. 7:30-9:30     03-03-2018 04-16-2018  P  C  P     5
MCK        RPP(3) AVOIDMONEYTRAP           06-30-2017 06-30-2017  P  C  P     1
MCK        RPP(3) IRS-TAX CLASS-QTR.-1HR.  06-30-2017 06-30-2017  P  C  P     1
YAZ        RPP1 AIDS AWARENESS             05-05-2016 05-05-2016  P  C  P     1
MEN        MONEY SMART 2                   07-08-2015 07-29-2015  P  C  P     8
MEN        ALTERNATIVES TO VIOLENCE        06-09-2015 07-29-2015  P  C  P     8
MEN        ACE BASIC MATH                  07-01-2014 11-12-2014  P  C  P    32
MEN        ACE CDL ENGLISH                 10-14-2014 11-12-2014  P  C  P     9
MEN        RPP DRUG EDUCATION (C6)         09-24-2014 10-09-2014  P  C  P    12




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  WXRBT        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-24-2025
PAGE 001 OF                                                        08:12:54
      FUNCTION: L-P SCOPE: REG   EQ 04179-104   OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ ____ ____ ____ _____ _ __ _____ _____ ___ __ _____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____        _____        _____        _____        _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___         ____         ____         ____         ____         ____
        TYPE: ___         ____         ____         ____         ____         ____
EVNT FACL: EQ _____        _____        _____        _____        _____        _____
RCV FACL.: EQ _____        _____        _____        _____        _____        _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____        _____        _____        _____        _____        _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
 WXRBT        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     11-24-2025
PAGE 002 OF 002 *                SANITIZED FORMAT            *     08:12:54


  REMEDY-ID     SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
                RCV-OFC      RCV-FACL     DATE-RCV       STATUS     STATUS-DATE

917984-F1      21AM/        INCIDENT REPORT EXPUNGED
               MCK          MCK          10-11-2017      REJ        10-11-2017

917984-F2      21AM/        INCIDENT REPORT EXPUNGED
               MCK          MCK          10-11-2017      CLD        10-20-2017

1004623-R1     20GM/20DM    DHO APPEAL:108
               NER          FTD          01-09-2020      CLD        03-03-2020
```

```
         3 REMEDY SUBMISSION(S) SELECTED
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
WXRBT  540*23  *            SENTENCE MONITORING          *    11-24-2025   13
PAGE 001        *           COMPUTATION DATA             *    08:13:13
                            AS OF 11-24-2025


REGNO..: 04179-104 NAME: SAINT CYR, ANDRE


FBI NO...........: 303276KD4         DATE OF BIRTH: 06-05-1984  AGE:  41
ARS1.............: ATL/A-DES
UNIT.............: 1 GP               QUARTERS.....: A03-317L
DETAINERS........: YES                NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 01-02-2031

THE INMATE IS PROJECTED FOR RELEASE: 07-02-2031 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 13-60267-CR-DIMITROU
JUDGE...........................: DIMITROULEAS
DATE SENTENCED/PROBATION IMPOSED: 05-29-2014
DATE COMMITTED..................: 08-05-2014
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $600.00        $00.00         $00.00      $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

  REMARKS.......: DOCKET # 13-60267-CR-DIMITROULEAS

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 540    18:1951 RACKETEER, VIOLENCE

OFF/CHG: 18:1951 CONSP TO COMMIT A HOBBS ACT ROB(CT1) 21:846 CPWITD 5KG
         OR MORE OF COC(CT2) 21:846 ATT TO POSSESS > 500G BUT < 5KG OF
         COC(CT3) 18:924(O) CONSP TO USE,CARRY&POSSESS A F/A DURING THE
         COMMISSION OF A CRIME OF VIOL&DRUG TRAFFICKING CRIME(CT4)
         26:5861(D) POSSESSION OF AN UNREGISTERED F/A(SILENCER)(CT7)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE




G0002      MORE PAGES TO FOLLOW . . .
```

```
WXRBT  540*23 *              SENTENCE MONITORING          *    11-24-2025
PAGE 002        *              COMPUTATION DATA             *    08:13:13
                              AS OF 11-24-2025


REGNO..: 04179-104 NAME: SAINT CYR, ANDRE


 SENTENCE IMPOSED/TIME TO SERVE.:   235 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 NEW SENTENCE IMPOSED...........:   188 MONTHS
 BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
 DATE OF OFFENSE................: 10-10-2013

------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....: 130   18:924(C) FIREARMS LAWS         FSA INELIGIBLE

OFF/CHG: 18:924(C) USE,CARRY & POSSESS A FIREARM DURING THE COMMISSION
         OF A CRIME(CT5) 18:924(C) USE,CARRY & POSSESS A FIREARM DURING
         THE COMMISSION OF A DRUG TRAFFICKING CRIME(CT6)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S TO OBLG 010
 DATE OF OFFENSE................: 10-10-2013

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-11-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-18-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020




G0002      MORE PAGES TO FOLLOW . . .
```

```
WXRBT  540*23 *            SENTENCE MONITORING        *      11-24-2025   15
PAGE 003       *            COMPUTATION DATA           *      08:13:13
                            AS OF 11-24-2025


REGNO..: 04179-104 NAME: SAINT CYR, ANDRE


DATE COMPUTATION BEGAN..........: 05-29-2014
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 248 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   20 YEARS     8 MONTHS
AGGREGATED TERM OF SUPERVISION..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 10-10-2013


JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                   10-10-2013   05-28-2014


TOTAL PRIOR CREDIT TIME.........: 231
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1075
TOTAL GCT EARNED................: 607
STATUTORY RELEASE DATE PROJECTED: 07-02-2031
ELDERLY OFFENDER TWO THIRDS DATE: 07-22-2027
EXPIRATION FULL TERM DATE.......: 06-11-2034
TIME SERVED.....................:   12 YEARS     1 MONTHS     15 DAYS
PERCENTAGE OF FULL TERM SERVED..: 58.6
PERCENT OF STATUTORY TERM SERVED: 68.4


PROJECTED SATISFACTION DATE.....: 07-02-2031
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: COMP COMPLT 07-11-2014 L/(b)(6). 7-14-14 CERT CMPLT L/(b)(6)
                09/27/17 REC'D DGA ORDER VIA EDES REDUCING TIE TO 248M L/(b)(6).
                11-27-19 DGCT-41D #8850 L/ (b)(6)
                09-11-20 RCD AJC REDUCING ASSESSMENT L/ (b)(6).




G0002       MORE PAGES TO FOLLOW . . .
```

```
 WXRBT  540*23 *          SENTENCE MONITORING        *    11-24-2025   16
PAGE 004 OF 004 *          COMPUTATION DATA          *    08:13:13
                           AS OF 11-24-2025


REGNO..: 04179-104 NAME: SAINT CYR, ANDRE


----------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 09-12-2014
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: ICE
CHARGES......: POSSIBLE DEPORTATION OR REMOVAL A046672557
```

```
S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

```
 WXRBT          *      INMATE DISCIPLINE DATA        *     11-24-2025
PAGE 001        *   CHRONOLOGICAL DISCIPLINARY RECORD  *     08:13:30


REGISTER NO: 04179-104 NAME..: SAINT CYR, ANDRE
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 11-24-2025


--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3423056 - SANCTIONED INCIDENT DATE/TIME: 08-08-2020 2150
DHO HEARING DATE/TIME: 09-14-2020 1450
FACL/CHAIRPERSON.....: NLK/  (b)(6); (b)(7)(C)
REPORT REMARKS.......: DHO LOWERED CHARGE TO 312 INNSOLENCE. NO SEXUAL THREAT M
                       ADE. INMATE ADDMITTED TO CALLING THE OFFICER A BITCH
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 2
        LP COMM    / 1 MONTHS / CS
                   FROM: 09-15-2020  THRU: 10-14-2020
        COMP:    LAW:   TO HOLD INMATE ACCOUNTABLE FOR ACTIONS/BEHAVIOR
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3364903 - SANCTIONED INCIDENT DATE/TIME: 02-11-2020 1911
UDC HEARING DATE/TIME: 02-14-2020 1125
FACL/UDC/CHAIRPERSON.: FTD/UNIT 2  (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE WAS FOUND GUILTY OF POSSESSION OF GAMBLING
                       PARAPHERNALIA.
   326  POSSESSING GAMBL PARAPHERNALIA - FREQ: 1
        LP COMM    / 60 DAYS / CS
                   FROM: 02-14-2020  THRU: 04-13-2020
        COMP:    LAW:   WAS SANCTIONED TO LOSS OF COMMISSARY TO DETER
                       FUTURE MISCONDUCT.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3328850 - SANCTIONED INCIDENT DATE/TIME: 11-15-2019 1030
DHO HEARING DATE/TIME: 11-26-2019 0922          DHO REPT DEL: 12-20-2019 0810
FACL/CHAIRPERSON.....: FTD   (b)(6); (b)(7)(C)
APPEAL CASE NUMBER(S): 1004623
REPORT REMARKS.......: BASED ON THE GRTR WGHT OF EVID THE DHO FINDS I/M GUILTY
                       OF PROH ACT CODE 108.
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP: D
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P  IN ACCORDANCE WITH PS 5270.09
        LP VISIT   / 365 DAYS / CS
                   FROM: 11-26-2019  THRU: 11-24-2020
        COMP:    LAW:   SANCTION IMPOSED TO DETER FUTURE MISCONDUCT
        MON FINE   / 500.00 DOLLARS / CS
        COMP:    LAW:   SANCTION IMPOSED TO DETER FUTURE MISCONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3021476 - SANCTIONED INCIDENT DATE/TIME: 08-13-2017 1103
DHO HEARING DATE/TIME: 09-13-2017 0940          DHO REPT DEL: 09-15-2017 0955
FACL/CHAIRPERSON.....: MCK/  (b)(6):
REPORT REMARKS.......: INMATE STATED HE DID GIVE MONEY TO ANOTHER INMATE B/C HE
                       OWED HIM FOR HIS STORE & HE WAS ON FRP REFUSE



G0002       MORE PAGES TO FOLLOW . . .
```

```
WXRBT            *      INMATE DISCIPLINE DATA         *      11-24-2025
PAGE 002 OF 002 *   CHRONOLOGICAL DISCIPLINARY RECORD   *      08:13:30


REGISTER NO: 04179-104 NAME..: SAINT CYR, ANDRE
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-24-2025


DHO HEARING DATE/TIME: 09-13-2017 0940 REPORT 3021476 CONTINUED
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 2
        LP COMM   / 30 DAYS / CS
        COMP:    LAW:   30 DAYS LOSS OF COMMISSARY EFFECTIVE 9/13/17-
                        10/12/17
        LP EMAIL  / 30 DAYS / CS
        COMP:    LAW:   30 DAYS LOSS OF EMAIL EFFECTIVE 9/13/17-10/12/17
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3029686 - SANCTIONED INCIDENT DATE/TIME: 09-04-2017 1132
UDC HEARING DATE/TIME: 09-11-2017 1425
FACL/UDC/CHAIRPERSON.: MCK/B/ (b)(6).
APPEAL CASE NUMBER(S): 917984
REPORT REMARKS.......: INMATE FOUND GUILTY
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP EMAIL  / 60 DAYS / CS
        COMP:    LAW:   60 DAYS LOSS OF EMAIL PRIVILEGES FROM 9/11/17 TO
                        11/11/17
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2956862 - SANCTIONED INCIDENT DATE/TIME: 01-10-2017 1111
UDC HEARING DATE/TIME: 03-02-2017 0819
FACL/UDC/CHAIRPERSON.: YAZ/ALPHA/ (b)(6); (b)(7)(C)
REPORT REMARKS.......: NO COMMENT
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM   / 30 DAYS / CS
        COMP:    LAW:   LOSS OF COMMISSARY FOR 30 DAYS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2852079 - SANCTIONED INCIDENT DATE/TIME: 05-17-2016 1433
UDC HEARING DATE/TIME: 05-19-2016 0810
FACL/UDC/CHAIRPERSON.: YAZ/ALPHA/ (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE SAINT CYR STATED THAT HE WASN'T WEARING THE LANYA
                       RD PROPERLY BECAUSE IT IRRITATES HIS SKIN
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM   / 60 DAYS / CS
        COMP:    LAW:   COMMISSARY RESTRICTION 05-19-2016 THRU 07-17-2016




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 WXRBT  531.01 *                    INMATE HISTORY              *    11-24-2025      19
 PAGE 001        *                    ADM-REL                    *    08:13:54
```

```
 REG NO..: 04179-104 NAME....: SAINT CYR, ANDRE
 CATEGORY: ARS        FUNCTION: PRT      FORMAT:
```

```
FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
ATL    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-23-2024 1001 CURRENT
ATL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  10-23-2024 0731 10-23-2024 1001
ATL    A-DES      DESIGNATED, AT ASSIGNED FACIL  06-04-2024 0933 10-23-2024 0731
ATL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  06-04-2024 0759 06-04-2024 0933
ATL    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-26-2022 1100 06-04-2024 0759
8-P    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-26-2022 1100 10-26-2022 1100
8-P    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-26-2022 0633 10-26-2022 1100
MCA    TRANSFER   TRANSFER                       10-26-2022 0633 10-26-2022 0633
MCA    A-DES      DESIGNATED, AT ASSIGNED FACIL  08-03-2021 0202 10-26-2022 0633
MCA    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  08-02-2021 1954 08-03-2021 0202
MCA    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-09-2020 1823 08-02-2021 1954
9-E    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-09-2020 1823 10-09-2020 1823
9-E    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-28-2020 0549 10-09-2020 1823
NLK    TRANSFER   TRANSFER                       09-28-2020 0549 09-28-2020 0549
NLK    A-DES      DESIGNATED, AT ASSIGNED FACIL  02-21-2020 1601 09-28-2020 0549
S38    RELEASE    RELEASED FROM IN-TRANSIT FACL  02-21-2020 1601 02-21-2020 1601
S38    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-21-2020 0304 02-21-2020 1601
FTD    TRANSFER   TRANSFER                       02-21-2020 0304 02-21-2020 0304
FTD    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-02-2019 1422 02-21-2020 0304
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL  07-02-2019 1422 07-02-2019 1422
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-02-2019 1239 07-02-2019 1422
BRO    HLD REMOVE HOLDOVER REMOVED               07-02-2019 1239 07-02-2019 1239
BRO    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  06-26-2019 0214 07-02-2019 1239
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-26-2019 0214 06-26-2019 0214
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-25-2019 2205 06-26-2019 0214
CAA    HLD REMOVE HOLDOVER REMOVED               06-25-2019 2205 06-25-2019 2205
CAA    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  06-06-2019 1245 06-25-2019 2205
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-06-2019 1245 06-06-2019 1245
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-06-2019 0752 06-06-2019 1245
MCK    TRANSFER   TRANSFER                       06-06-2019 0752 06-06-2019 0752
MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  04-13-2017 0648 06-06-2019 0752
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-13-2017 0648 04-13-2017 0648
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-13-2017 0648 04-13-2017 0648
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-13-2017 0530 04-13-2017 0530
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-12-2017 2245 04-13-2017 0530
CAA    HLD REMOVE HOLDOVER REMOVED               04-12-2017 2245 04-12-2017 2245
CAA    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  03-20-2017 1700 04-12-2017 2245
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  03-20-2017 1700 03-20-2017 1700
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-20-2017 0830 03-20-2017 1700
OKL    HLD REMOVE HOLDOVER REMOVED               03-20-2017 0730 03-20-2017 0730
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  03-15-2017 1500 03-20-2017 0730
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
 WXRBT  531.01 *                   INMATE HISTORY             *     11-24-2025
PAGE 002 OF 002 *                   ADM-REL                    *     08:13:54


 REG NO..: 04179-104 NAME....: SAINT CYR, ANDRE
 CATEGORY: ARS       FUNCTION: PRT       FORMAT:


FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
6-Y    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-15-2017 1600 03-15-2017 1600
6-Y    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-15-2017 0504 03-15-2017 1600
YAZ    TRANSFER   TRANSFER                      03-15-2017 0404 03-15-2017 0404
YAZ    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-15-2017 0403 03-15-2017 0404
7-V    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-15-2017 0503 03-15-2017 0503
7-V    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-15-2017 0446 03-15-2017 0503
YAP    HLD REMOVE HOLDOVER REMOVED              03-15-2017 0346 03-15-2017 0346
YAP    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 01-13-2017 1141 03-15-2017 0346
6-Y    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-13-2017 1241 01-13-2017 1241
6-Y    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-13-2017 1138 01-13-2017 1241
YAZ    TRANS SEG  TRANSFER-SEGREGATION          01-13-2017 1038 03-15-2017 0403
YAZ    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-26-2016 1346 01-13-2017 1038
B18    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-26-2016 1446 04-26-2016 1446
B18    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-26-2016 0500 04-26-2016 1446
OKL    HLD REMOVE HOLDOVER REMOVED              04-26-2016 0400 04-26-2016 0400
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 03-24-2016 1730 04-26-2016 0400
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-24-2016 1830 03-24-2016 1830
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-24-2016 1233 03-24-2016 1830
VIP    HLD REMOVE HOLDOVER REMOVED              03-24-2016 0933 03-24-2016 0933
VIP    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 03-16-2016 1940 03-24-2016 0933
9-Q    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-16-2016 2240 03-16-2016 2240
9-Q    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-16-2016 1711 03-16-2016 2240
MEN    TRANSFER   TRANSFER                      03-16-2016 1411 03-16-2016 1411
MEN    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-05-2014 1330 03-16-2016 1411
B13    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-05-2014 1630 08-05-2014 1630
B13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-05-2014 0921 08-05-2014 1630
VIP    HLD REMOVE HOLDOVER REMOVED              08-05-2014 0621 08-05-2014 0621
VIP    A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-18-2014 1707 08-05-2014 0621
6-K    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-18-2014 2007 07-18-2014 2007
6-K    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-18-2014 1100 07-18-2014 2007
OKL    HLD REMOVE HOLDOVER REMOVED              07-18-2014 1000 07-18-2014 1000
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-11-2014 1745 07-18-2014 1000
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-11-2014 1845 07-11-2014 1845
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-11-2014 1115 07-11-2014 1845
MIM    HLD REMOVE HOLDOVER REMOVED              07-11-2014 1115 07-11-2014 1115
MIM    A-HLD      HOLDOVER, TEMPORARILY HOUSED  06-05-2014 0950 07-11-2014 1115
DSC    UNCOMT RMV UNCOMMITTED CASE REMOVED      04-23-2014 1615 06-05-2014 0950
DSC    A-UNCOMMIT UNCOMMITTED PERSON            04-23-2014 1605 04-23-2014 1615




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
 WXRBT  531.01  *               INMATE HISTORY          *      11-24-2025
PAGE 001         *                  QUARTERS            *      08:14:07


 REG NO..: 04179-104 NAME....: SAINT CYR, ANDRE
 CATEGORY: QTR         FUNCTION: PRT        FORMAT:


FCL   ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP  DATE/TIME
ATL   A03-317L    HOUSE A/RANGE 03/BED 317L         08-13-2025 1018 CURRENT
ATL   A03-318L    HOUSE A/RANGE 03/BED 318L         02-04-2025 1408 08-13-2025 1018
ATL   A03-317L    HOUSE A/RANGE 03/BED 317L         10-23-2024 1001 02-04-2025 1408
ATL   A03-317L    HOUSE A/RANGE 03/BED 317L         09-19-2024 0700 10-23-2024 0731
ATL   A03-318L    HOUSE A/RANGE 03/BED 318L         08-21-2024 1527 09-19-2024 0700
ATL   A03-318U    HOUSE A/RANGE 03/BED 318U         06-04-2024 0933 08-21-2024 1527
ATL   A03-318U    HOUSE A/RANGE 03/BED 318U         09-20-2023 1220 06-04-2024 0759
ATL   A03-317U    HOUSE A/RANGE 03/BED 317U         04-12-2023 1306 09-20-2023 1220
ATL   A03-320U    HOUSE A/RANGE 03/BED 320U         12-11-2022 1335 04-12-2023 1306
ATL   A03-320L    HOUSE A/RANGE 03/BED 320L         12-11-2022 1512 12-11-2022 1335
ATL   A03-311U    HOUSE A/RANGE 03/BED 311U         11-23-2022 1410 12-11-2022 1332
ATL   A03-312U    HOUSE A/RANGE 03/BED 312U         10-31-2022 0941 11-23-2022 1410
ATL   A01-101U    HOUSE A/RANGE 01/BED 101U         10-31-2022 0900 10-31-2022 0941
ATL   Z02-240UAD  HOUSE Z/RANGE 02/BED 240U AD      10-26-2022 1518 10-31-2022 0900
ATL   A03-312U    HOUSE A/RANGE 03/BED 312U         10-26-2022 1302 10-26-2022 1518
ATL   R01-001L    HOUSE R/RANGE 01/BED 001L         10-26-2022 1100 10-26-2022 1302
MCA   Z02-117LDS  HOUSE Z/RANGE 02/BED 117L DS      10-19-2022 1220 10-26-2022 0633
MCA   Z02-102LAD  HOUSE Z/RANGE 02/BED 102L AD      10-17-2022 1512 10-19-2022 1220
MCA   K02-119U    HOUSE K/RANGE 02/BED 119U         08-13-2021 0820 10-17-2022 1512
MCA   Z01-120LDS  HOUSE Z/RANGE 01/BED 120L DS      08-03-2021 0230 08-13-2021 0820
MCA   Z01-111LDS  HOUSE Z/RANGE 01/BED 111L DS      08-03-2021 0206 08-03-2021 0230
MCA   K02-119U    HOUSE K/RANGE 02/BED 119U         08-03-2021 0202 08-03-2021 0206
MCA   K02-119U    HOUSE K/RANGE 02/BED 119U         04-12-2021 1227 08-02-2021 1954
MCA   K02-119L    HOUSE K/RANGE 02/BED 119L         03-18-2021 1251 04-12-2021 1227
MCA   K02-109U    HOUSE K/RANGE 02/BED 109U         11-25-2020 0810 03-18-2021 1251
MCA   M06-408U    HOUSE M/RANGE 06/BED 408U         10-26-2020 0841 11-25-2020 0810
MCA   Z01-219LAD  HOUSE Z/RANGE 01/BED 219L AD      10-09-2020 1823 10-26-2020 0841
NLK   Z01-206L    HOUSE Z/RANGE 01/BED 206L         09-24-2020 1442 09-28-2020 0549
NLK   Z01-205L    HOUSE Z/RANGE 01/BED 205L         09-06-2020 1922 09-24-2020 1442
NLK   Z01-205U    HOUSE Z/RANGE 01/BED 205U         09-06-2020 1920 09-06-2020 1922
NLK   Z01-206L    HOUSE Z/RANGE 01/BED 206L         08-12-2020 2250 09-06-2020 1920
NLK   Z01-205L    HOUSE Z/RANGE 01/BED 205L         07-22-2020 1513 08-12-2020 2250
NLK   Z01-203L    HOUSE Z/RANGE 01/BED 203L         07-15-2020 1754 07-22-2020 1513
NLK   Z01-202L    HOUSE Z/RANGE 01/BED 202L         07-08-2020 1033 07-15-2020 1754
NLK   Z01-216L    HOUSE Z/RANGE 01/BED 216L         07-02-2020 2137 07-08-2020 1033
NLK   Z01-202L    HOUSE Z/RANGE 01/BED 202L         06-11-2020 1536 07-02-2020 2137
NLK   Z01-206L    HOUSE Z/RANGE 01/BED 206L         05-22-2020 1821 06-11-2020 1536
NLK   Z01-207L    HOUSE Z/RANGE 01/BED 207L         05-07-2020 1017 05-22-2020 1821
NLK   Z01-209L    HOUSE Z/RANGE 01/BED 209L         04-18-2020 0000 05-07-2020 1017
NLK   Z01-220L    HOUSE Z/RANGE 01/BED 220L         03-31-2020 1024 04-18-2020 0000
NLK   Z01-221L    HOUSE Z/RANGE 01/BED 221L         03-13-2020 1148 03-31-2020 1024




G0002      MORE PAGES TO FOLLOW . . .
```

```
 WXRBT  531.01  *              INMATE HISTORY          *     11-24-2025
PAGE 002          *               QUARTERS              *     08:14:07


 REG NO..: 04179-104 NAME....: SAINT CYR, ANDRE
 CATEGORY: QTR          FUNCTION: PRT          FORMAT:


 FCL    ASSIGNMENT DESCRIPTION                         START DATE/TIME STOP  DATE/TIME
 NLK    Z01-217L   HOUSE Z/RANGE 01/BED 217L           03-12-2020 1702 03-13-2020 1148
 NLK    Z01-214U   HOUSE Z/RANGE 01/BED 214U           03-04-2020 2203 03-12-2020 1702
 NLK    C04-110U   HOUSE C/RANGE 04/BED 110U           02-21-2020 1926 03-04-2020 2203
 NLK    R01-001L   HOUSE R/RANGE 01/BED 001L           02-21-2020 1601 02-21-2020 1926
 FTD    U01-001L   HOUSE U/RANGE 01/BED 001L           02-21-2020 0117 02-21-2020 0304
 FTD    W02-213L   HOUSE W/RANGE 02/BED 213L           02-19-2020 0655 02-21-2020 0117
 FTD    D03-152L   HOUSE D/RANGE 03/BED 152L           10-08-2019 1356 02-19-2020 0655
 FTD    D03-151U   HOUSE D/RANGE 03/BED 151U           07-12-2019 1134 10-08-2019 1356
 FTD    D03-156U   HOUSE D/RANGE 03/BED 156U           07-03-2019 1007 07-12-2019 1134
 FTD    W02-196U   HOUSE W/RANGE 02/BED 196U           07-02-2019 1532 07-03-2019 1007
 FTD    U01-001L   HOUSE U/RANGE 01/BED 001L           07-02-2019 1422 07-02-2019 1532
 BRO    J03-716U   HOUSE J/RANGE 03/BED 716U           06-29-2019 0757 07-02-2019 1239
 BRO    J03-705U   HOUSE J/RANGE 03/BED 705U           06-28-2019 1040 06-29-2019 0757
 BRO    G02-401U   HOUSE G/RANGE 02/BED 401U           06-26-2019 0556 06-28-2019 1040
 BRO    R02-001L   HOUSE R/RANGE 02/BED 001L           06-26-2019 0214 06-26-2019 0556
 CAA    A03-125L   HOUSE A/RANGE 03/BED 125L           06-10-2019 1025 06-25-2019 2205
 CAA    A03-110L   HOUSE A/RANGE 03/BED 110L           06-06-2019 1711 06-10-2019 1025
 CAA    A03-111U   HOUSE A/RANGE 03/BED 111U           06-06-2019 1504 06-06-2019 1711
 CAA    R01-001L   HOUSE R/RANGE 01/BED 001L           06-06-2019 1245 06-06-2019 1504
 MCK    B02-213U   HOUSE B/RANGE 02/BED 213U           06-04-2019 1242 06-06-2019 0752
 MCK    B02-213L   HOUSE B/RANGE 02/BED 213L           05-01-2019 1106 06-04-2019 1242
 MCK    B02-212L   HOUSE B/RANGE 02/BED 212L           05-22-2018 1250 05-01-2019 1106
 MCK    B02-212U   HOUSE B/RANGE 02/BED 212U           12-29-2017 1502 05-22-2018 1250
 MCK    B02-212L   HOUSE B/RANGE 02/BED 212L           12-29-2017 1502 12-29-2017 1502
 MCK    B02-212U   HOUSE B/RANGE 02/BED 212U           04-13-2017 0648 12-29-2017 1502
 CAA    A01-127U   HOUSE A/RANGE 01/BED 127U           03-20-2017 2035 04-12-2017 2245
 CAA    R01-001L   HOUSE R/RANGE 01/BED 001L           03-20-2017 1700 03-20-2017 2035
 OKL    C08-428U   HOUSE C/RANGE 08/BED 428U           03-15-2017 2054 03-20-2017 0730
 OKL    C07-901L   HOUSE C/RANGE 07/BED 901L           03-15-2017 1500 03-15-2017 2054
 YAZ    R01-001L   HOUSE R/RANGE 01/BED 001L           03-15-2017 0403 03-15-2017 0404
 YAP    R01-001L   HOUSE R/RANGE 01/BED 001L           03-15-2017 0200 03-15-2017 0346
 YAP    Z06-253LAD HOUSE Z/RANGE 06/BED 253L AD        03-09-2017 2249 03-15-2017 0200
 YAP    Z06-251LAD HOUSE Z/RANGE 06/BED 251L AD        02-16-2017 2029 03-09-2017 2249
 YAP    Z06-253LAD HOUSE Z/RANGE 06/BED 253L AD        01-27-2017 2140 02-16-2017 2029
 YAP    Z06-252LAD HOUSE Z/RANGE 06/BED 252L AD        01-13-2017 1608 01-27-2017 2140
 YAP    Z08-001LAD HOUSE Z/RANGE 08/BED 001L AD        01-13-2017 1141 01-13-2017 1608
 YAZ    A11-042L   HOUSE A/RANGE 11/BED 042L           08-25-2016 1528 01-13-2017 1038
 YAZ    A11-942L   HOUSE A/RANGE 11/BED 942L           05-26-2016 1309 08-25-2016 1528
 YAZ    A11-042U   HOUSE A/RANGE 11/BED 042U           04-26-2016 1724 05-26-2016 1309
 YAZ    R01-001L   HOUSE R/RANGE 01/BED 001L           04-26-2016 1346 04-26-2016 1724
 OKL    E10-606U   HOUSE E/RANGE 10/BED 606U           04-18-2016 1455 04-26-2016 0400




 G0002      MORE PAGES TO FOLLOW . . .
```

```
WXRBT  531.01 *                    INMATE HISTORY           *    11-24-2025    23
PAGE 003 OF 003 *                   QUARTERS                *    08:14:07

 REG NO..: 04179-104 NAME....: SAINT CYR, ANDRE
 CATEGORY: QTR          FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP  DATE/TIME
OKL    E10-605L   HOUSE E/RANGE 10/BED 605L        04-18-2016 1301 04-18-2016 1455
OKL    E10-606U   HOUSE E/RANGE 10/BED 606U        03-24-2016 1730 04-18-2016 1301
VIP    A13-124U   HOUSE A/RANGE 13/BED 124U        03-18-2016 0920 03-24-2016 0933
VIP    A13-132U   HOUSE A/RANGE 13/BED 132U        03-16-2016 2316 03-18-2016 0920
VIP    A14-201L   HOUSE A/RANGE 14/BED 201L        03-16-2016 2133 03-16-2016 2316
VIP    R01-001L   HOUSE R/RANGE 01/BED 001L        03-16-2016 1940 03-16-2016 2133
MEN    R01-001L   HOUSE R/RANGE 01/BED 001L        03-16-2016 1026 03-16-2016 1411
MEN    C03-209L   HOUSE C/RANGE 03/BED 209L        09-09-2015 1452 03-16-2016 1026
MEN    C03-109L   HOUSE C/RANGE 03/BED 109L        07-02-2015 1345 09-09-2015 1452
MEN    C03-113U   HOUSE C/RANGE 03/BED 113U        08-05-2014 1954 07-02-2015 1345
MEN    R01-001L   HOUSE R/RANGE 01/BED 001L        08-05-2014 1330 08-05-2014 1954
VIP    A13-118U   HOUSE A/RANGE 13/BED 118U        07-21-2014 1103 08-05-2014 0621
VIP    A13-101U   HOUSE A/RANGE 13/BED 101U        07-18-2014 1943 07-21-2014 1103
VIP    R01-001L   HOUSE R/RANGE 01/BED 001L        07-18-2014 1707 07-18-2014 1943
OKL    C07-315U   HOUSE C/RANGE 07/BED 315U        07-11-2014 1745 07-18-2014 1000
MIM    E01-012U   HOUSE E/RANGE 01/BED 012U        06-05-2014 1659 07-11-2014 1115
MIM    R01-001L   HOUSE R/RANGE 01/BED 001L        06-05-2014 0950 06-05-2014 1659

 G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
 WXRBT   535.01                                                 11-24-2025
PAGE 001 OF 001 *               INMATE LOAD DATA        *       08:14:42


REG NO:  04179-104  NAME: SAINT CYR, ANDRE
RSP OF: ATL-ATLANTA FCI                             DOB(AGE): 06-05-1984(41)
                                                    RACE....: BLACK
FBI NO..: 303276KD4                                 SEX.....: MALE
INS NO..: 046672557                                 ETHNIC..: OTHER THAN HISF
SSN.....: 594811015                                 HEIGHT..: 5 11
DNA.....: MIM12569                                  WEIGHT..: 165
STATE NO: FL07499851                                HAIR....: BROWN
                                                    EYES....: BROWN

   CITIZENSHIP....: HAITI                           CMC.....: YES
   BIRTH PLACE....: HAITI                           MILEAGE.: N/A
   LEGAL RESIDENCE:
              HAITI
```

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
WXRBT  535.03 *                   INMATE PROFILE              *      11-24-2025
PAGE 001                                                            08:15:25
         04179-104                REG
REGNO: 04179-104                     FUNCTION: PRT DOB/AGE.: 06-05-1984 / 41
NAME.: SAINT CYR, ANDRE                        R/S/ETH.: B/M/O   WALSH: NO
RSP..: ATL-ATLANTA FCI                         MILEAGE.: N/A
PHONE: 404-635-5100      FAX: 404-331-2403
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE      FBI NO..: 303276KD4
 PROJ REL DATE..: 07-02-2031                     INS NO..: 046672557
 HOME DETN ELIG.: 01-02-2031                     SSN.....: 594811015
                              PSYCH: NO    DETAINER: YES        CMC..: YES
OFFN/CHG RMKS: 18:1951 CPTC HOBBS ACT ROBBERY, 21:846 CPWITD COCAINE, CPWITD
OFFN/CHG RMKS: COCAINE, 18:924 USE/CARRY/POSSESS F/A, 295M/5Y SRT;13-60267-CR
  FACL CATEGORY   - - - -  CURRENT ASSIGNMENT - - - - -  EFF DATE  TIME
  ATL  ADM-REL    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-23-2024 1001
  ATL  CARE LEVEL CARE1      HEALTHY OR SIMPLE CHRONIC CARE 06-09-2014 0548
  ATL  CARE LEVEL CARE1-MH   CARE1-MENTAL HEALTH           08-08-2014 1509
  ATL  COR COUNSL A 2       [(b)(6); (b)(7)(C)]            11-18-2025 1034
  ATL  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO        09-12-2018 0900
  ATL  CASE MGT   DEPEND Y   DEPENDENTS UNDER 21 - YES     09-12-2018 0900
  ATL  CASE MGT   DRVE LIC N DRIVERS LICENSE - NO          10-24-2023 1133
  ATL  CASE MGT   IHP INTRVW IHP - ICE INTERVIEW REQUIRED  04-04-2024 1412
  ATL  CASE MGT   PHOTO ID N PHOTO ID - NO                 09-12-2018 0900
  ATL  CASE MGT   RPP INELIG RELEASE PREP PGM INELIGIBLE   09-02-2014 1509
  ATL  CASE MGT   SSN CARD N SOCIAL SECURITY CARD - NO     09-12-2018 0900
  ATL  CASE MGT   VET P/S N  PARENT/SPOUSE VETERAN - NO    09-12-2018 0900
  ATL  CASE MGT   VETERAN N  VETERAN - NO                  09-12-2018 0900
  ATL  CASE MGT   V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394 08-21-2014 1845
  ATL  CASE MGT   V94 CVA913 V94 CURR VIOL ON/AFTER 91394  08-21-2014 1844
  ATL  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY  06-24-2014 1458
  ATL  CORR SVCS  SUS NEG    SUSPECT DRG TST-NEGATIVE      09-09-2021 1329
  ATL  CASEWORKER CSWA2      [(b)(6), (b)(7)(C)]           10-23-2024 1001
  ATL  CUSTODY    IN         IN CUSTODY                    06-05-2014 0950
  ATL  DRUG PGMS  DAP REFER  DRUG ABUSE PROGRAM REFER      01-04-2024 1028
  ATL  DRUG PGMS  ED COMP    DRUG EDUCATION COMPLETE       10-09-2014 1415
  ATL  DRUG PGMS  NR DIS     NRES DRUG TMT/DISCONTINUED    08-07-2015 1027
  ATL  DESIG/SENT LIMA       TEAM LIMA                     06-24-2014 1458
  ATL  EDUC INFO  ESL HAS    ENGLISH PROFICIENT            12-20-2014 1018
  ATL  EDUC INFO  GED HAS    COMPLETED GED OR HS DIPLOMA   08-06-2015 1141
  ATL  FIN RESP   NO OBLG    FINANC RESP-NO OBLIGATION     08-30-2019 0916
  ATL  FIRST STEP FTC INELIG FTC-INELIGIBLE-REVIEWED       04-10-2025 1352
  ATL  FIRST STEP INELIG AUT FTC-INELIGIBLE OFF CODE - AUTO 12-17-2019 1625
  ATL  FIRST STEP N-ANGER N  NEED - ANGER/HOSTILITY NO     10-08-2025 1445
  ATL  FIRST STEP N-ANTISO N NEED - ANTISOCIAL PEERS NO    10-08-2025 1445
  ATL  FIRST STEP N-COGNTV N NEED - COGNITIONS NO          10-08-2025 1445
  ATL  FIRST STEP N-DYSLEX N NEED - DYSLEXIA NO            09-01-2021 0908
  ATL  FIRST STEP N-EDUC N   NEED - EDUCATION NO           10-08-2025 1445
  ATL  FIRST STEP N-FIN PV N NEED - FINANCE/POVERTY NO     10-08-2025 1446
  ATL  FIRST STEP N-FM/PAR N NEED - FAMILY/PARENTING NO    10-08-2025 1445
  ATL  FIRST STEP N-M HLTH N NEED - MENTAL HEALTH NO       10-08-2025 1445
  ATL  FIRST STEP N-MEDICL N NEED - MEDICAL NO             10-08-2025 1445
  ATL  FIRST STEP N-RLF N    NEED - REC/LEISURE/FITNESS NO 10-08-2025 1445
  ATL  FIRST STEP N-SUB AB N NEED - SUBSTANCE ABUSE NO     10-08-2025 1445

G0002      MORE PAGES TO FOLLOW . . .
```

```
 WXRBT  535.03 *              INMATE PROFILE          *       11-24-2025
PAGE 002 OF 002                                              08:15:25
         04179-104             REG
REGNO: 04179-104                    FUNCTION: PRT DOB/AGE.: 06-05-1984 / 41
NAME.: SAINT CYR, ANDRE                        R/S/ETH.: B/M/O    WALSH: NO
RSP..: ATL-ATLANTA FCI                         MILEAGE.: N/A
PHONE: 404-635-5100        FAX: 404-331-2403
    FACL CATEGORY   - - - - CURRENT ASSIGNMENT - - - - - EFF DATE  TIME
    ATL  FIRST STEP N-TRAUMA N NEED - TRAUMA NO          10-08-2025 1445
    ATL  FIRST STEP N-WORK Y   NEED - WORK YES           10-08-2025 1445
    ATL  FIRST STEP PREF HOUSE EBRR INCENTIVE PREFER HOUSING 10-08-2025 1446
    ATL  FIRST STEP R-LW       LOW RISK RECIDIVISM LEVEL 10-08-2025 1445
    ATL  LEVEL      LOW        SECURITY CLASSIFICATION LOW 03-19-2019 0928
    ATL  MED DY ST  HSD1       HSD REVIEW STATUS GROUP   04-01-2024 0828
    ATL  MED DY ST  NO PAPER   NO PAPER MEDICAL RECORD   10-09-2020 1823
    ATL  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 11-03-2022 1018
    ATL  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE  11-03-2022 1018
    ATL  PGM REVIEW APR        APRIL PROGRAM REVIEW      04-28-2026 1659
    ATL  QUARTERS   A03-317L   HOUSE A/RANGE 03/BED 317L 08-13-2025 1018
    ATL  RELIGION   OTHER      OTHER RELIGION            10-12-2020 1234
    ATL  UNIT MGR   A - UNT    (b)(6); (b)(7)(C)         10-10-2025 0942
    ATL  UNIT       1 GP       UNIT 1 - GP(A)            10-23-2024 1001
    ATL  WAITNG LST A&O COMPLT ATL A&O COMPLETED         11-09-2022 1104
    ATL  WAITNG LST CIM COMPLT CIM VERIFIED              12-14-2022 1224
    ATL  WRK DETAIL A-2 ORD    A-2 ORDERLY               08-26-2025 1325




 G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  WXRBT  606.00  *          MALE CUSTODY CLASSIFICATION FORM        *       11-24-2025
PAGE 001 OF 001                                                              08:15:46
                              (A) IDENTIFYING DATA
REG NO..: 04179-104                FORM DATE: 07-24-2025            ORG: ATL
NAME....: SAINT CYR, ANDRE
                                           MGTV: NONE
PUB SFTY: GRT SVRTY,ALIEN                   MVED:
                                (B) BASE SCORING
DETAINER: (0) NONE                 SEVERITY.......: (7) GREATEST
MOS REL.: 71                       CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE                 VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                  AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD


                       --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+9  +15    0          +9       LOW          N/A             IN      SAME


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```