**Exhibit 3**

BOP Staff Character Letters



**U. S. Department of Justice**
*FCI Atlanta*
*601 McDonough Blvd, S.E.*
*Atlanta, Georgia 30315*

Date:        October 21, 2025

To:          Whom It May Concern

From:        D. Stevenson, Counselor

Subject:     **Saint Cyr, Andre**
             **Reg.:  04179-104**

If you want to add to Saint Cyr letter you can put from me. I Counselor Stevenson, have had inmate Saint Cyr 04179-104 assigned as my head orderly in A2 since 12-21-2022 he has performed his duties without incident maintaining a high standard of cleanliness and safety that has helped to prevent sickness/injury from spreading throughout the unit. He has been responsible for ensuring that 14 orderlies underneath him are completing their assigned work, and is instrumental in ensuring inmates are properly trained during initial job orientation. He routinely coordinates with the safety department to ensure proper materials are available. Saint Cyr takes his responsibilities seriously and has done this maintaining his record as incident report free since being assigned to his position. He has never taken or requested a day off or away from his duties in addition to never missing a deadline for projects assigned even if they were last minute. Saint Cyr has completed assigned work outside of his duties without complaint and takes initiative to complete his work even if supervising staff is not present.



UNITED STATES GOVERNMENT
## Memorandum
**FEDERAL BUREAU OF PRISONS**
United States Penitentiary Atlanta
Atlanta, Georgia 30315

October 22, 2025

I am writing to briefly speak on Andre Saint Cyr's character,
who is nearing the end of their sentence and is preparing for
release. During his time here, Mr. Saint Cyr has demonstrated
remarkable personal growth, dedication, and a commitment to
giving back to the community, qualities that make him an
exceptional candidate for reintegration into society.

One of the most notable achievements during Mr. Saint Cyr's
incarceration has been his initiative in coordinating a donation
drive for two non-profit organizations: Policing Alternatives
and Diversion Initiative and Frontline Response. This initiative
not only highlights his ability to organize and lead but also
reflects a deep understanding of the needs within the community.
Through his efforts, Mr. Saint Cyr successfully contributed to
raising funds that were directly utilized to support at-risk
individuals.

Mr. Saint Cyr exhibited strong leadership skills, empathy, and
an unwavering commitment to making a positive impact,
demonstrating his readiness to contribute meaningfully once
released. His positive attitude and willingness to help others
has made a significant impact not only on fellow inmates but
also on the larger community within our facility.

As the Reentry Affairs Coordinator, I firmly believe that Mr.
Saint Cyr is prepared for a successful transition back into
society and will continue to make constructive contributions. He
has shown a commitment to personal growth and an understanding
of how to positively impact the world around him.

Best regards,

K. Bailey, Reentry Affairs Coordinator