# Exhibit 5

Letters of Support from Family and Community

# PINTERNATIONAL ALLIANCE APOSTOLIC CHURCH

## 204, ROUTE DE BASSIN, GONAIVES HAITI W.I
## TELPHONE:(509) 41414967
## EMAIL:pastorsaintcyr@saintcyr.org

Gonaives, October 22, 2025

Honorable judge

**William P. Dimitrouleas**

US Southern District court of Florida.

Your Honor,

My name is Pastor Irick Frangel Saint-Cyr. I am a Haitian American citizen living in Palm Beach County Florida for the past forty years. I have developed a mission field in Haiti to provide education to about 500 boys and girls in Gonaives, the 3rd largest city in Haiti.

I am writing you, your Honor, to request your mercy on behalf of my nephew Andre Saint Cyr whom I have known since he was born in Haiti. Our family culture where he grew up is education, church, and respect for the law.

Andre came to America for education purpose. Unfortunately he was arrested for his participation in illegal activities. Our family is very disappointed for his shameful behavior, but we remain confident with the American justice system for compassion and mercy.

Before Andre was apprehended, he was a member of our local church in Riviera Beach, Florida where he was baptized by me. Since he was convicted and incarcerated, the members of our church have been on their knees praying for his repentance and restoration.

Your Honor, I am asking you to please consider to favor Andre with grace and mercy to allow him the opportunity to return join the family. His elderly grandfather yrel  Amitie, 90 years old is in desperate need for his grandson assistance. Andre's children are continuously crying for the presence of their father. My ministry in Haiti is able to provide him necessary assistance toward his rehabilitation.

Your Honor, I believe that your court will show mercy and grace for my nephew. Our entire family will greatly appreciate your kindness and thank you in advance.

Sincerely,

Pastor Irick Frangel Saint-Cyr

**To Whom It May Concern,**

My name is **Francelot Saint-Cyr**. I am a full-time employee with Sysco Food Service, a youth athletic coach, a mentor, and a Guardian ad Litem volunteer for Palm Beach County. I am writing this letter in full support of my brother, **Andre Saint-Cyr**, who is seeking compassionate release.

Andre's incarceration has deeply affected our family, but most importantly, it has left a lasting impact on his children. His absence has created emotional and psychological wounds that no phone call or visit can heal. I truly believe that giving him a second chance would not only help restore our family, but would also allow him to continue the positive growth and change he has worked hard to achieve.

Despite the mistake that led him here, Andre has always had a giving heart and a natural ability to lead and inspire others. He has expressed deep regret for his past decisions and the pain they have caused. Over the years, in every conversation we've had, his remorse and desire to make things right have been clear. I firmly believe he is not the same young man he once was. He is wiser now, more grounded, and more motivated than ever to rebuild and be a positive influence.

Andre has used his time in prison to better himself. He has learned multiple trades and skills, including masonry, floor care, waxing, buffing, painting, and detailing. He has taken real, meaningful steps toward rehabilitation, accountability, and preparation for a productive life after release.

Our family has endured major losses in his absence. Andre's mother passed away when he was a baby, and the grandmother who raised him later passed as well. Shortly afterward, his godmother also passed away. Losing the only mother-figure he had while being unable to be present or say goodbye. That lost has weighed heavily on him. These events have been devastating, and I know he carries that pain every day.

But the greatest loss of all has been the years he has missed with his children. I have seen firsthand the emotional toll it has taken. His son, Dreden, lived with me on and off for years while his mother struggled with her mental health. He is currently with me again as he finishes his senior year of high school. I am doing everything I can to guide him, and his grades have improved, but there are certain lessons, life lessons, that only a father can teach. My biggest fear is that without his dad, Dreden may turn to the wrong influences or

make choices that could cost him his future. Andre is the one person best equipped to guide his son away from mistakes he once made himself.

Andre also has one surviving grandfather who is elderly, legally blind, and in need of support. Time with him is limited, and I believe Andre deserves the chance to be by his side before that time runs out.

Judge, I work with young men every day, coaching, mentoring, and helping them change direction. My proudest moments are when they return to tell me I made a difference in their lives. Yet it breaks my heart that I cannot fully do the same for my own nephew. He needs his father. Our family needs our son, our brother, and our father home.

I am fully committed, along with our extended family and community, to supporting Andre when he is released. He will have a stable foundation, employment opportunities, accountability, and a network of people determined to help him succeed. I truly believe his release would be a blessing not only to us, but also to society. He has much more good left to offer.

Thank you for taking the time to consider my brother's compassionate release. Your decision holds great weight, and we are praying for mercy and understanding.

**Respectfully,**
**Francelot Saint-Cyr**



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Letter of support for Mr. André Saint-Cyr – Marie-Elène Lesperance**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Jacqueline Yorke

Sworn to before me this
December 12, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



[Unity Makes Strength]

**PESTEL MUNICIPAL ADMINISTRATION**
Pestel, Grand 'Anse - HAITI
TEL.: (509) 4427-5571/ 3192-2748
EMAIL: Roldygilles2@gmail.com

For the attention of the Honorable Judge William P. Dimitrouleas

Subject: Letter of support for Mr. André Saint-Cyr

Your Honor,

The Town Council of Pestel hereby wishes to express its official support for Mr. André Saint-Cyr, currently incarcerated in the United States of America.

We fully acknowledge the rigor and importance of the law. However, we would like to draw your attention the profoundly humanistic role that Mr. Saint-Cyr has played within our community. For several years, he has provided invaluable assistance to the town, both in the area of sports and in his support for our schools.

Thanks to his commitment, numerous sporting activities have been organized and supported, thereby promoting social cohesion and the personal development of our youth. Moreover, his unfailing support for the school system has helped improve learning conditions and strengthen the vital links between the community and its educational institutions.

His respectful attitude, sense of civic duty, and dedication to the well-being of the community are acknowledged by all. That is why we respectfully ask for your kind consideration in reviewing his case. We remain convinced that Mr. Saint-Cyr is a citizen whose primary intention has always been to contribute to the development of Pestel and to the well-being of its inhabitants.

Sincerely yours,



[seal:]
[signature]
[stamp:]    Marie-Elène LESPERANCE,
Mayor



**ADMINISTRATION COMMUNALE DE PESTEL**

Pestel, Grand 'Anse - HAITI

TELS : (509) 4427-5571/ 3192-2748

EMAIL : Roldygilles2@gmail.com

---

À l'attention de l'honorable juge William P. Dimitrouleas

Objet : Lettre de soutien en faveur de M. André Saint-Cyr

Monsieur le Juge,

La Mairie de Pestel tient par la présente à exprimer son soutien officiel à M. André Saint-Cyr, actuellement incarcéré aux États-Unis d'Amérique.

Nous reconnaissons pleinement la rigueur et l'importance de la loi. Cependant, nous souhaitons porter à votre attention le rôle profondément humaniste que M. Saint-Cyr a joué au sein de notre communauté. Depuis plusieurs années, il apporte son aide précieuse à la municipalité, tant dans le domaine sportif que dans l'accompagnement des établissements scolaires.

Grâce à son engagement, de nombreuses activités sportives ont pu être organisées et soutenues, favorisant ainsi la cohésion sociale et l'épanouissement de la jeunesse. De même, son appui constant au paysage scolaire a permis d'améliorer les conditions d'apprentissage et de renforcer les liens indispensables entre la communauté et les institutions éducatives.

Son attitude respectueuse, son sens du devoir civique et son attachement au bien-être collectif sont reconnus par tous. C'est pourquoi nous sollicitons respectueusement votre bienveillance dans l'examen de son dossier. Nous demeurons convaincus que M. Saint-Cyr est un citoyen dont l'intention première a toujours été de contribuer au développement de Pestel et au mieux-être de ses habitants.

Nous vous prions d'agréer, Monsieur le Juge, l'expression de nos salutations distinguées.



Marie-Elène LESPERANCE,
Mairesse Principale



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Letter of support for Mr. André Saint-Cyr - Daniel Pierre**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Jacqueline Yorke

Sworn to before me this
December 12, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public

[handwritten text is indicated in italics.]



**JUSTICE OF THE PEACE COURT**

FOR *Gonaïves, Southern Section*

No. *J-104*

[emblem]

Unity Makes Strength
REPUBLIC OF HAITI

[photo]

**HIGH COUNCIL
OF THE JUDICIARY**

**Certificate of Good Conduct and Character**

JUSTICE OF THE PEACE COURT FOR GONAIVES, SOUTHERN SECTION [emblem]

[seal:]

The Justice of the Peace of *Gonaïves* hereby certifies and attests that the

Citizen *Andre Saint-Cyr*

of Haitian nationality, born in *Anse-Rouge / Artibonite*

on *June 5, 1984* identified under TIN / ID number *007-184-205-D*

residing and domiciled at *la Rue Lozamar # 06, Gonaïves*

from *1997 to the present    day* is of **GOOD CONDUCT & CHARACTER**.

This in accordance with the various exhibits required and produced to the Court.

In witness whereof, this Certificate has been issued to him for all legal intents and purposes.

Executed at the Justice of the Peace Court *by Presidential authority*  , on *November 11, 2025*

JUSTICE OF THE PEACE COURT FOR GONAIVES, SOUTHERN SECTION [emblem] [seal:]

[signature]

*Daniel Pierre [Mgl]*

Justice of the Peace

**TRIBUNAL DE PAIX**

DE La section sud des Gres

No. ......T-104..........



RÉPUBLIQUE D'HAÏTI

**CONSEIL SUPÉRIEUR
DU POUVOIR JUDICIAIRE**

$\text{Certificat de Bonne Vie et Mœurs}$

Par la présente, le Juge de Paix de la Commune des Gonaïves Certifie et atteste que le (la)

Citoyen(ne) André Saint - Cyr

de nationalité haïtienne, né(e) à Anse - Rouge / Artibonite

le 05 Juin 1984 identifié(e) au NIF / no. CIN 007 - 134 - 205-D

demeurant et domicilié(e) à la Rue Jozamar #06, Gonaïves

depuis 1997 à nos Jours est de **BONNE VIE & MŒURS.**

Ce, conformément aux différentes pièces exigées et soumises au Tribunal.

En foi de quoi ce présent Certificat lui est délivré pour servir et valoir ce que de droit.

Fait au Tribunal de Paix de la S. des Gres le 11 Novembre 2025

Me. Same C. Pierre HG

Juge de Paix

Lolah-Marie Saint-Cyr

571 CALAMINT Point

Royal Palm Beach, FL 33411

October 20, 2025

Honorable William P. Dimitrouleas

U.S Federal Building and Courthouse

299 East Broward Boulevard

Fort Lauderdale, Florida 33301

Re: Support Letter for Andre Saint Cyr

Dear Honorable Dimitrouleas,

It's been 12 years that I've had to spend apart from my dad. I've had to sit out on so many father-daughter dances while all my friends got dressed up for a special night with their dads, creating memories, while I just sat at home. The feeling I felt in those moments is something I would never wish on anyone.

I've had countless award ceremonies where my dad couldn't be there to cheer me on and congratulate me in person. But even without being physically present, he always made sure I felt loved and cherished, whether it was through a heartfelt phone call telling me how much he loves me and how proud he is of me. My dad has always made sure I feel appreciated and unconditionally loved.

Father's Day is always the hardest. I can only imagine how he feels missing out on yet another year without being with his son and daughter. Yet, despite everything, he continues to stay strong and positive, always comforting me even while going through his own hardships and tough times.

My dad constantly encourages me and my brother to do our very best. He has high expectations of us because he sees our potential and only wants the best for us. I don't know what I would do without my dad. Even when I get in trouble at school or don't do well on a test, my dad always finds a way to comfort me and remind me that it's okay and that mistakes are just lessons to learn from. My dad truly wants nothing more than to see us succeed and be happy.

While in prison, my father has learned how to make backpacks and purses, which he sends to my brother and me. He has also taken the lead in organizing programs to support and guide other inmates.

If my dad is released from prison, my brother and I will feel complete and supported. He can help provide for us financially and emotionally, which will make life less stressful. I'll finally have a chance to spend time with him and build a stronger relationship. Since he has missed so much of our lives, my greatest hope is that he'll at least be there to see us walk across the stage and graduate from high school. His presence will give me guidance and someone to look up to. Overall, life will feel more stable, loving, and hopeful with him home.

Thank you for taking the time to read this letter and for thoughtfully considering my request.

With sincere gratitude and respect,

Lolah-Marie Saint-Cyr

**Judge William P. Dimitrouleas**

U.S. Federal Building and Courthouse

299 East Broward Boulevard

Courtroom 205B, Chambers 205F

Fort Lauderdale, Florida 33301

**Dear Judge Dimitrouleas,**

My name is *Dreden Prince Saint-Cyr*, and I am writing this letter in support of my father, **Andre Saint-Cyr**. I am now 17 years old, but my father has been incarcerated since I was 5. I grew up watching other kids laugh, grow, and learn beside their fathers, while I only had memories, letters, and phone calls. It is often said that children like me "get used to it," but the truth is, there is nothing normal about growing up without your dad. It has been painful, confusing, and at times, heartbreaking. I miss my father in a way that I can't fully put into words, but I will try, because this letter is my only chance to ask you to consider giving him back to us.

During his absence, my mother and I have faced many challenges. We've had to rely on family members for support, move to different states, and I've had to change schools multiple times. Despite these difficulties, my father has always tried to find ways to help. My father made a mistake when he was barely older than I am now. I know he cannot undo the past, and he has taken responsibility for it, but I also know the man he is today is not the same man he was then. Even from prison, he has tried to be present in my life. He has taken classes, learned skills, made things by hand, and sent care packages and school supplies for me and my younger sister. Those small acts meant everything to us. They reminded us that he is still trying, still learning, and still loving us the best way he can from where he is.

Throughout his absence, my mother and I have struggled. We have moved from place to place, and I have changed schools more times than I can count. My mother battles with her mental health, and though she tries, she cannot do it all alone. I am now living with my uncle as I finish my last year of high school. I am trying to grow, stay focused, and become a man, but there are some lessons only a father can teach. I want his guidance. I need his presence. I don't want to enter adulthood still feeling like a lost child who never got the chance to be fathered.

My father recently suffered a deep loss with the passing of his grandmother, the woman who raised him as her own child. I could hear the pain in his voice, and it made me realize how much time, family, and life he has already lost. I believe he needs us now just as much as we need him.

Judge Dimitrouleas, I am not asking you to erase what happened. I am asking for mercy, for understanding, and for a second chance on behalf of a man who still has a family waiting, hoping, and praying for him. I believe my father has more good to give this world. I want to break the cycle, attend college, and become a guidance counselor so I can help other young men avoid the mistakes that took my own father away. I know my life and the lives of my siblings would be immeasurably better with him home, teaching us, loving us, and leading us.

Thank you for taking the time to read my letter. I hope you will consider my plea and give my father the opportunity to come home and be the father we never truly got to have.

**Respectfully,**
**Dreden Prince Saint-Cyr**

Christina Fisher

571 CALAMINT Point

Royal Palm Beach, FL 33411

ms.christinafisher@gmail.com

October 20, 2025


Honorable William P. Dimitrouleas

U.S Federal Building and Courthouse

299 East Broward Boulevard

Fort Lauderdale, Florida 33301


Re: Support Letter for Andre Saint Cyr

Dear Honorable Dimitrouleas,

I am writing this letter on behalf of my daughter, Lolah-Marie Saint-Cyr, and myself, to humbly request consideration for the early release of incarceration for her father, Andre Saint-Cyr. He has been incarcerated since our daughter was just one year old, and the absence of her father has left a lasting emotional and financial impact on both of our lives.

As a single mother, I have carried the full responsibility of providing for our daughter on my own. There have been many difficult times—financially, emotionally, and mentally—but I have done my best to ensure she has the stability and love she deserves. Still, there is no replacement for the love, guidance, and presence of her father. My daughter has grown up yearning for him, asking questions that are painful to answer, and missing out on milestones that most children get to share with their dads.

Over the years, she has missed having her father at birthdays, school events, and countless special moments. Now that she is older, she worries that she will complete her education without him ever being there to cheer her on. The pain of that reality weighs heavily on her heart. Despite everything, she continues to love him deeply and hopes for the day when he can be a part of her life again in a real and meaningful way.

I also want to acknowledge the positive steps Andre has taken during his time in incarceration. He has led classes and participated in programs designed to promote growth, accountability, and rehabilitation. He has taken responsibility for his past mistakes and has made significant progress toward becoming a better man and a better father. I truly believe he has learned from

his past and is ready to return to society as a productive, responsible individual who is dedicated to being present for his children.

Your compassion and consideration in this matter would not only give him the opportunity to continue rebuilding his life but would also bring immense healing to our daughter, who has spent nearly her entire life waiting for her father's return.

Thank you for taking the time to read this letter and for your thoughtful consideration of this request.

With respect and sincerity,

Christina Fisher

Mother of  Lolah-Marie St-Cyr

Vladimir St Cyr
1427 SE Larkwood Cir
Port St Lucie, FL 34952
(561) 628-5379

October 23, 2025

Honorable Judge William P. Dimitrouleas
United States District Court for the Southern District of Florida

Subject: Letter of Support for Andre Saint-Cyr, BOP Register Number: 04179-104

Dear Judge Dimitrouleas:

I hope this letter finds you well. I am writing this letter to express my support for the release of Andre Saint-Cyr, who is currently serving a federal prison sentence at Atlanta FCI.

I have had the privilege of knowing Andre for nearly 25 years; he is my cousin, but I view him as a brother. When Andre first arrived in the United States, he lived with my family, and during that time, I found him to be a hard-working, caring, and positive person. I believe he is still that person.

Over the years, I have maintained communication with Andre, and I have seen his commitment towards self-improvement. He keeps himself busy by exercising and reading, making the most of his circumstances.

Andre Saint-Cyr is the father of two children who would greatly benefit from his steady presence in their lives. Additionally, Andre has a large support system of friends and family that will help him through his reintegration upon release.

Should you require any additional information, please do not hesitate to contact me.

Sincerely,

Vladimir St Cyr

Lisha Belin
3333 Broadway
New York, New York 10031
(585) 981-6490
Belin.lisha@gmail.com

October 23rd, 2025

Dear Judge William P. Dimitrouleas,

     My name is Lisha Belin, I am writing to respectfully request your consideration for a compassionate release of my cousin, Andre St. Cyr . I do so not only as a family member who has witnessed Andre's love and commitment firsthand, but also as someone who has dedicated their life to serving some of the most vulnerable members of our community.

In my role as Director of Operations for the Department of Homeless Services in New York City, I am constantly reminded of the importance of second chances, the power of human connection, and the transformative impact of compassion. I work every day with individuals who are often overlooked by society, yet capable of immense change and redemption when given the opportunity. I have seen how patience, stability, and support can truly restore lives. These are values that I not only bring into my professional life but also into my personal one—and Andre has always embodied them for me.
Before his incarceration, Andre was a steady, reliable presence in our family. When I needed help raising my daughter while balancing the demands of my career and family responsibilities, he showed up—not out of obligation, but out of love. He helped me navigate some of the hardest times in my life, providing not just physical help, but emotional support and encouragement.

His absence has had a profound impact on all of us. Most especially, our grandmother, who is now 107 years old. She asks for him regularly, missing not just his company but the comfort and joy he brought to her life. Their bond runs deep, and with her time growing more limited, reuniting them would mean more than words can express.
Andre has always been a pillar in our family. He's made mistakes, but he has also grown. He has expressed sincere remorse and has used his time away to reflect, to better himself, and to prepare for a life of accountability and service.

Your Honor, I know the justice system must weigh many factors, but I truly believe that compassion and rehabilitation are essential parts of justice. Andre has already made a meaningful impact on our family, and I am confident he can do the same in our wider community if given the chance.
I ask you from the deepest place of honesty and hope to consider granting Andre a compassionate release. He is a man with so much more to give—and a family, especially a grandmother, who longs to welcome him home.

Thank you for your time and consideration.

Best regards,

Lisha Belin

Jessica Lewis
1550 Leona Street, Apt 361
Houston, TX 77009

October 20, 2025

Dear Honorable Judge William P Dimitrouleas,

My name is Jessica Lewis, and I am writing from the heart in support of Andre Saint Cyr and his request for compassionate release. I have known Andre for over twenty years, and during that time, he has become more than just a friend—he is truly my brother. His absence has left a deep void in all of our lives, one that is felt every single day.

Andre came into my family's life during one of our hardest times, after the loss of my older brother. My mother was overcome with grief, and for years she carried the heavy burden of that pain. Andre, through his kindness and steady presence, became like the son she thought she had lost. He brought light back into her world and gave her something to smile about again. She always referred to him lovingly as "son," and she meant it with her whole heart.

Even in the midst of his own challenges, Andre has always been selfless—working hard, helping family and friends, and putting the needs of others before his own. He has an incredibly caring spirit, and his compassion is genuine and constant. I've watched him grow as a man, even while incarcerated—he continues to read, reflect, and dedicate himself to becoming a better person. His words, his thoughts, and his actions all show a man who has learned, changed, and is ready to give back.

One of the moments that stays with me the most happened just before my mother passed away in March 2024. During her final days, I told her that Andre had been thinking about her and that he wanted her to stay strong until he came home to take care of her. In that moment, a smile came across her face—one of the last real smiles I saw before she passed. That memory means the world to me. It reminds me of the deep love and impact Andre had on her life and on all of ours.

Andre's presence in our family has always represented strength, love, and faith. His impact is irreplaceable, and we miss him dearly. When he returns home, he will be surrounded by unwavering support—from myself and from many others who love him deeply. I am personally committed to helping him rebuild his life and find stability, peace, and purpose.

I respectfully ask that you consider Andre's personal growth, the profound relationships he has built, and the family that stands ready to support him upon his release. He has already made a difference in so many lives, and I truly believe he will continue to do so if given this opportunity for compassionate release.

Thank you for your time and compassion in reviewing this request.

19

Respectfully,

*Jessica Lewis*

**The Honorable Judge William P. Dimitrouleas**
**U.S. Federal Building and Courthouse**
**299 East Broward Boulevard**
**Courtroom 205B, Chambers 205F**
**Fort Lauderdale, Florida 33301**

RE: Letter of Support for Andre StCyr – Request for Consideration of Early Release

Dear Judge Dimitrouleas,

My name is Jean Glemaud, and I am writing from the deepest place in my heart to ask for your kind consideration in the case of my dear friend, Andre StCyr. I have known Andre since we were young boys in middle school. Nearly 30 years, through life's twists and turns, our friendship has stood the test of time.

Today, I work for the 15th Circuit Court, Florida Atlantic University in higher education, and Allied Universal Security. I share that to show you that I live a life rooted in structure, responsibility, and public service. Furthermore, I would not write this letter lightly. I am writing because I have seen firsthand the kind of man Andre truly is, and I believe he deserves a chance to come home.

Andre has now spent well over a decade in prison. I have visited him, looked him in the eyes, and listened as he spoke about the mistakes he made and the pain they have caused. There is no bitterness in him, only remorse, humility, and a quiet strength that tells me he is ready to start anew. He carries the weight of his actions every single day. But he also carries hope, hope for a second chance, for redemption, and for the chance to be there for the people who need him the most.

Andre has missed so much. He wasn't there when his beloved grandmother passed away. The woman who was like a mother to him. He has missed birthdays, holidays, and years of watching his children grow up. Just this month, we lost another close friend during surgery, and we will bury him on October 25th. These are the kinds of life-changing moments that mark the passage of time, and Andre has felt every one of them from behind bars.

I see his children, and I see the hole his absence has left in their lives. They need their father and not just as a provider, but as a presence, a guide, and as a source of love. I truly believe that being reunited with his family would not only heal them, but would continue the healing in Andre himself.

Your Honor, Andre is fortunate to have strong support awaiting him upon release. He has a place to live. He has work lined up. Most of all, he has people, people like me who believe in him and are ready to stand by his side as he reenters the world.

I ask you, with all sincerity and respect, to consider Andre StCyr for early release. He has served significant time. He has learned from it. And now, I believe, it's time for him to begin the next chapter of his life. A chapter defined not by the past, but by the opportunity to do better, to love harder, and to live differently.

Thank you, Your Honor, for your time, your attention, and for the justice you administer every day. I pray you will consider this heartfelt request with the same compassion and fairness that defines your courtroom.

With the deepest respect and hope,
Jean Glemaud

Erica Lewis
3515 W Dallas St Apt 6212
Houston, TX
77019

October 21, 2025

Dear Honorable Judge William P Dimitrouleas,

My name is Erica Lewis, and I am a longtime friend who has known Andre Saint Cyr for over 20 years. I am writing to express my full support for his compassionate release and to share the profound, positive impact he has had on my life and the lives of those around him.

When I first met Andre, I could not have imagined the lifelong role he would play in my family. After my older brother passed away, my mother struggled deeply with grief, depression and self-blame. Andre came into our lives during that painful period, and over time, he became the son my mother thought she had lost. For two decades, she affectionately called him "son," and his steady presence brought her joy and comfort in ways words can hardly express. She would literally express so much joy after speaking with him. It was like her glow returned each time.

Throughout the years, I have witnessed Andre put the needs of others before his own. He has always been the type of person to hold a full-time job and take on side work just to help family members in need. Andre sees it as his duty to love, protect, and provide for those he cares about. He values the people he loves and treats us with so much compassion and patience. Even during his incarceration, he continues to show commitment to personal growth by reading, reflecting, and focusing on becoming a better man. He often speaks about his desire to support young people and contribute positively to our community once released.

Andre has a strong network of family and friends who are eager to support him when he returns home. We are prepared to assist with his transition by providing stable housing, emotional support, and community connections. I personally look forward to welcoming him into my home and helping him rebuild his life.

I respectfully ask that you consider Andre's personal growth, his remorse, and the unwavering support system that awaits him. I believe he will make a meaningful contribution to society if given the opportunity for compassionate release. I'm looking forward to supporting him in those efforts!

Thank you for your time and thoughtful consideration.

Respectfully,

Erica Lewis
Lewis.ericam@gmail.com