# Exhibit 6

Cazy Court Records

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 13 CF012664 AXX

OBTS NO.: _____

Jean Cazy _____ /
DEFENDANT

FILED
Circuit Criminal Department
FEB 10 2017
SHARON R. BOCK
Clerk & Comptroller
Palm Beach County

**SENTENCE**

(As to Count(s) __1__ )

The Defendant, being personally before this Court, accompanied by the Defendant's attorney of record, _____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why Defendant should not be sentenced as provided by law, and no cause being shown,

IT IS THE SENTENCE OF THE COURT that:

The Defendant pay a fine of $_____ pursuant to §_____, Florida Statutes, plus all costs and additional charges as outlined in the Order assessing additional charges, costs and fines as set forth in a separate order entered herein.

The Defendant is hereby committed to the custody of the:
  [X] Department of Corrections
  [ ] Sheriff of Palm Beach County, Florida
  [ ] Department of Corrections as a youthful offender

for a term of __588 days__. It is further ordered that the Defendant shall be allowed a total of __0__ days as credit for time incarcerated prior to imposition of this sentence. It is further ordered that the composite term of all sentences imposed for the counts specified in the order shall run [ ] consecutive to [X] concurrent with (check one) the following:
  [X] Any active sentence being served __w/ Federal Sentence__
  [ ] Specific sentences: _____

  [ ] The instant sentence is based upon the Court having previously placed the Defendant on probation and having subsequently revoked the Defendant's probation for violation(s) of condition(s) _____

In the event the above sentence is to the Department of Corrections, the Sheriff of Palm Beach County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of the Judgment and Sentence, and any other documents specified by Florida Statute. Additionally, pursuant to §947.16(4), Florida Statutes, the Court retains jurisdiction over the Defendant.

February 2015                            Page 1 of 2                            Form 14

JeanCazy

[ ] The Sentencing Court objects to the Defendant being placed into the Youthful Offender Basic Training Program pursuant to Florida Statute §958.045.

[ ] Pursuant to §322.055, 322.056, 322.26, 322.274, Florida Statutes, The Department of Highway Safety and Motor Vehicles is directed to revoke the Defendant's privilege to drive. The Clerk of the Court is ordered to report the conviction and revocation to the Department of Highway Safety and Motor Vehicles.

**DONE** and **ORDERED** in open court in Palm Beach County, Florida this 10 day of Feb, 2017.

_____
CIRCUIT JUDGE

NOT A CERTIFIED COPY

February 2015                        Page 2 of 2                        Form 14

**CASE NUMBER: 50-2013-CF-012664-AXXX-MB**
**CASE STYLE: CAZY, JEAN W**
**ACCESS LEVEL: D**

Search Criteria | Search Results | Case Info | Party Names | Dockets & Documents | Case Fees | Charges & Sentences
Court Events | Warrants & Svc Docs | Arrests & Bonds

## Charges

| Count | Statute | Description | Disposition | Disposition Date | Offense Date | Citation Number | Plea | Plea Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 784.085(12) | BATTERY OF A CHILD | ADJUDICATED GUILTY BY COURT | 02/10/2017 | 09/22/2013 | | BEST INTEREST | 02/10/2017 |

## Sentences

| Count | Date | Sentence | Conditions | Status |
|---|---|---|---|---|
| 1 | 02/10/2017 | | | |

| Type | Term | Years | Months | Days |
|---|---|---|---|---|
| Jail Time | | 0 | 0 | 588 |

FIFTEENTH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA
CIRCUIT COURT

CASE NO: 2013CF012664 AX  DIV: 5

OBTS NUMBER: _____

STATE OF FLORIDA

v. Jean Cazy
   DEFENDANT

[ ] PROBATION VIOLATOR
[ ] COMMUNITY CONTROL VIOLATOR
[ ] RETRIAL
[ ] RESENTENCE

12-6-80  B , M
DATE OF BIRTH  RACE  GENDER

## JUDGMENT

The above defendant, being personally before this Court represented by _____

S. Barnus, APD (attorney)

| [ ] Having been tried and found guilty of the following crime(s): | [ ] Having entered a plea of guilty to the following crime(s): | [ ] Having entered a plea of nolo contendere to the following crime(s): |
|---|---|---|

| COUNT | CRIME | OFFENSE STATUE NUMBER(S) | DEGREE |
|---|---|---|---|
| 1 | Battery of a Child | 784.085(1)(2) | 3rd F |

[X] and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

[ ] and being a qualified offender pursuant to s.943.325, the Defendant shall be required to submit DNA samples as required by law.

[ ] and good cause being shown: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

FILED
Circuit Criminal Department

Feb. 01, 2015        Page 1 of #3        FEB 10 2017        Form 16

SHARON R. BOCK
Clerk & Comptroller
Palm Beach County

NOT A CERTIFIED COPY

2013CF12664AXX
CARY, Jean

| | | |
|---|---|---|
| SENTENCE STAYED | [ ] | The Court hereby stays and withholds imposition of sentence as to count(s) ___ and places the Defendant on [ ] probation and/or [ ] Community Control under the supervision of the Dept. of Corrections (conditions of probation set forth in separate order). |
| SENTENCE DEFERRED | [ ] | The Court hereby defers imposition of sentence until _____. |

The Defendant in Open Court was advised of his right to appeal from the Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at Palm Beach County, Florida, this __10__ day of __FEB__, 20_17_.

_____
CIRCUIT JUDGE

NOT A CERTIFIED COPY

Feb. 01, 2015       Page 2 of 3       Form 16

IN THE CRIMINAL DIVISION OF THE CIRCUIT/COUNTY COURT OF THE
FIFTEENTH JUDICAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

CASE NO. **50-2013-CF-012664-AXXX-MB**   DIV. **S: Felony - S (Circuit)**

OBTS NUMBER:

**STATE OF FLORIDA**                     [ ] COMMUNITY
                                             CONTROL
**V**                                        VIOLATOR

**JEAN W CAZY**                          [ ] PROBATION
   DEFENDANT                                 VIOLATION

| December 6, 1980 | Black | Male | |
|---|---|---|---|
| DATE OF BIRTH | RACE | GENDER | SOCIAL SECURITY NUMBER |

The fingerprints below are those of said Defendant taken by Deputy Sheriff __DS Paxton 7932__

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

THE COURT CERTIFIES that the fingerprints shown above are those of the Defendant and were placed thereon by said Defendant in the Court's presence in Open Court at Palm Beach County, Florida, this 10th of February, 2017.

_____
CIRCUIT/COUNTY COURT JUDGE

NOT A CERTIFIED COPY

Pg 3 of 3

CRIMINAL FINGERPRINT CARD